Jason M. Rund
840 Apollo Street, Suite 351
El Segundo, California 90245
Telephone: 310-640-1200
Facsimile: 310-640-0200
Email: jrund@srlawyers.com

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BONANZA FOODS AND PROVISIONS, | § | Case No. 2:13-16651-RK |
| INC. | § | |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JASON M. RUND, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,302,716.56 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 100,000.00 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 459,602.72 | |

3) Total gross receipts of $ 559,602.72  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 559,602.72  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 621,024.38 | 621,024.38 | 459,602.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 22,664.33 | 22,664.33 | 22,664.33 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,038,371.55 | 1,088,445.84 | 1,075,661.84 | 77,335.67 |
| **TOTAL DISBURSEMENTS** | $ 2,038,371.55 | $ 1,732,134.55 | $ 1,719,350.55 | $ 559,602.72 |

4) This case was originally filed under chapter 7 on 03/14/2013 . The case was pending for 61 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/08/2018                    By:/s/JASON M. RUND, TRUSTEE
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREMIUM REFUND - THE HARTFORD | 1229-000 | 217.20 |
| PREFERENCE - INTERNATIONAL CASINGS GROUP, INC. | 1241-000 | 2,016.00 |
| PREFERENCE - PLAST TECHS ENTERPRISES, INC. | 1241-000 | 1,647.28 |
| PREFERENCE - CENTRAL MEAT PROVISIONS | 1241-000 | 1,071.43 |
| PREFERENCE - DEL REAL, LLC | 1241-000 | 1,000.00 |
| PREFERENCE - LYNN BEEF, INC. | 1241-000 | 1,219.62 |
| PREFERENCE - SIGMA PLASTIC, INC. | 1241-000 | 3,596.40 |
| PREFERENCE - STANDARD FISH CO. | 1241-000 | 900.00 |
| PREFERENCE - DELTA REFRIGERATION COMPANY | 1241-000 | 7,000.00 |
| PREFERENCE - WESTERN BROKERS, INC. | 1241-000 | 3,700.00 |
| PREFERENCE - IDEAL MEAT & PROVSIONS, INC. | 1241-000 | 20,000.00 |

| DESCRIPTION | UNIFORM TRAN. CODE¹ | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE - VANDIF SPECIALTY FOODS, INC. | 1241-000 | 3,500.00 |
| PREFERENCE - AAA OIL, INC. | 1241-000 | 11,000.00 |
| PREFERENCE - RICHMOORE HOLDING, | 1241-000 | 17,325.00 |
| PREFERENCE - MEG, LLC | 1241-000 | 6,000.00 |
| PREFERENCE - PERRIN BERNARD SUPOWITZ, INC. | 1241-000 | 3,380.00 |
| PREFERENCE - MANNY'S OFFAL ET AL | 1241-000 | 2,500.00 |
| PREFERENCE - RICHWELL GROUP, INC. | 1241-000 | 5,175.00 |
| PREFERENCE - DURAZO PORK, INC. | 1241-000 | 15,000.00 |
| PREFERENCE - OAK RIVER INSURANCE COMPANY | 1241-000 | 18,105.00 |
| PREFERENCE - EMA FOODS CO. INC. ET AL | 1241-000 | 19,000.00 |
| FRAUDULENT TRANSFER - HILARIO NAVARRO ET AL. | 1241-000 | 205,000.00 |
| FRAUDULENT TRANSFER - DOLORES CASTRO | 1241-000 | 205,000.00 |
| FRAUDULENT TRANSFER - RICHARD BOUCHAKIAN | 1241-000 | 6,000.00 |
| PREFERENCE - ROSALES MEAT DISTRIBUTORS | 1241-000 | 249.79 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| **TOTAL GROSS RECEIPTS** | | $ 559,602.72 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bibby Financial Services 2945 Townsgate Rd #140 Westlake Village, CA 91361 | | 0.00 | NA | NA | 0.00 |
| | Dolores Castro 626 Prospero Drive West Covina, CA 91791 | | 0.00 | NA | NA | 0.00 |
| | Maragarita Navarro 5014 Palm Dr La Canada Flintridge, CA 91011 | | 0.00 | NA | NA | 0.00 |
| | RW Zant Company 1470 E 4th St Los Angeles, CA 90033 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Terra nova | | | | | |
| | 5014 Palm Dr | | | | | |
| | La Canada Flintridge, CA | | | | | |
| | 91011 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JASON M. RUND | 2100-000 | NA | 31,230.14 | 31,230.14 | 31,230.14 |
| JASON M. RUND | 2200-000 | NA | 107.50 | 107.50 | 107.50 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 171.89 | 171.89 | 171.89 |
| UNION BANK | 2600-000 | NA | 6,215.60 | 6,215.60 | 6,215.60 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | 7,000.00 | 7,000.00 | 7,000.00 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 4,192.32 | 4,192.32 | 4,192.32 |
| LEVINSON ARSHONSKY & KURTZ, LLP | 3210-600 | NA | 528,872.50 | 528,872.50 | 367,450.84 |
| LEVINSON ARSHONSKY & KURTZ, LLP | 3220-610 | NA | 20,031.43 | 20,031.43 | 20,031.43 |
| HAHN FIFE & COMPANY, LLP | 3410-000 | NA | 22,761.00 | 22,761.00 | 22,761.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HAHN FIFE & COMPANY, LLP | 3420-000 | NA | 442.00 | 442.00 | 442.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 621,024.38 | $ 621,024.38 | $ 459,602.72 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000023 | EMPLOYMENT DEVELOPMENT DEPARTMENT | 5800-000 | NA | 21,317.76 | 21,317.76 | 21,317.76 |
| 000024A | STATE BOARD OF EQUALIZATION | 5800-000 | NA | 1,346.57 | 1,346.57 | 1,346.57 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ 22,664.33 | $ 22,664.33 | $ 22,664.33 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A A Meat Production Corp<br>6544 Flotilla St<br>Commerce, CA 90040 | | 1,800.00 | NA | NA | 0.00 |
| | AT&T<br>Sacramento, CA 95887-0001 | | 339.79 | NA | NA | 0.00 |
| | AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197-646 | | 4,838.57 | NA | NA | 0.00 |
| | Acadian Fish Company<br>1375 E 6th St #9<br>Los Angeles, CA 90021 | | 2,563.75 | NA | NA | 0.00 |
| | American Express Costco<br>PO Box 0001<br>Los Angeles, CA 90096-0001 | | 7,157.30 | NA | NA | 0.00 |
| | Bank of America World MC | | 43,946.71 | NA | NA | 0.00 |
| | Bornstein Seafoods<br>PO Box 94487<br>Seattle, WA 98124-6787 | | 12,608.58 | NA | NA | 0.00 |
| | Bronco Meats<br>7858 Sherry Lane<br>Riverside, CA 92509 | | 11,991.88 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CNA Insurance Department LA 21245 Pasadena, CA 91185-1245 | | 7,790.00 | NA | NA | 0.00 |
| | Caito Fisheries PO Box 1370 Fort Bragg, CA 95437 | | 3,885.00 | NA | NA | 0.00 |
| | Cargill Food Distribution PO Box 58247 Vernon, CA 90058 | | 38,410.76 | NA | NA | 0.00 |
| | Chase Card Service PO Box 94014 Palatine, IL 60094-4014 | | 12,608.58 | NA | NA | 0.00 |
| | Colorado Natural PO Box 16552 Denver, CO 80216 | | 4,726.28 | NA | NA | 0.00 |
| | Corporation Compliance 2740 Fulton Ave #203 Sacramento, CA 95821-5183 | | 150.00 | NA | NA | 0.00 |
| | Del-Tho Industries, Inc. 6152 S Boyle Ave Vernon, CA 90058 | | 1,245.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Forever Best Food 3592 Rosemead Blvd Rosemead, CA 91770 | | 5,131.25 | NA | NA | 0.00 |
| | GC Services Ershi Collection Agency PO Box 7820 Baldwin Park, CA 91706 | | 211.00 | NA | NA | 0.00 |
| | Golden Eagle Insurance PO Box 6486 Carol Stream, IL 60197 | | 4,455.67 | NA | NA | 0.00 |
| | Gourmet Fusion Foods 5730 Uplander Way, Suite 110 Culver City, CA 90230 | | 16,013.30 | NA | NA | 0.00 |
| | Greenberg Cheese Co 245 Berkshire Avenue La Canada, CA 91011 | | 13,341.56 | NA | NA | 0.00 |
| | H&N Foods Intl PO Box 58626 Los Angeles, CA 90058 | | 85,266.55 | NA | NA | 0.00 |
| | Harbor House Seafood 504 Bridgeville Rd Seaford, DE 19973-1522 | | 2,438.10 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | International Casings Group<br>33467 Treasury Center<br>Chicago, IL 60694-2300 | | 2,520.00 | NA | NA | 0.00 |
| | Island Oasis Frozen Beverage<br>PO Box 842826<br>Boston, MA 02284 | | 27,377.95 | NA | NA | 0.00 |
| | Jett Trading<br>626 S Prospero Dr<br>West Covina, CA 91791 | | 156,420.09 | NA | NA | 0.00 |
| | Joseph Solomon Sales<br>PO Box 58583<br>Los Angeles, CA 90058 | | 223,307.32 | NA | NA | 0.00 |
| | Lawrence Wholesale<br>PO Box 58307<br>Vernon, CA 90058 | | 67,830.20 | NA | NA | 0.00 |
| | MRW Food Brokers<br>10220 S Dolfield Rd #103<br>Owings Mills MD 21117 | | 33,924.51 | NA | NA | 0.00 |
| | McMaster-Carr Supply Co<br>PO Box 7690<br>Chicago, IL 60680-7690 | | 601.24 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | New Century Insurance Services 16 N 2nd St Alhambra, CA 91801 | | 5,087.99 | NA | NA | 0.00 |
| | New Zealand Seafood 4321 E Boyle Ave Vernon, CA 90058 | | 9,807.17 | NA | NA | 0.00 |
| | Ocean Choice Seafood Corp 506 Stanford Ave Los Angeles, CA 90013 | | 60,472.60 | NA | NA | 0.00 |
| | Ocean Crystal Seafood PO Box 2378S Tigard, OR 97281-3785 | | 87,978.81 | NA | NA | 0.00 |
| | Office Solutions 23303 La Palma Ave Yorba Linda, CA 92887 | | 220.47 | NA | NA | 0.00 |
| | Paychex 251 S Lake Ave Pasadena, CA 91101 | | 9,920.24 | NA | NA | 0.00 |
| | Precision Company PO Box 272851 Tampa, FL 33688 | | 489.87 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RDB Consulting<br>1404 Rutherford Dr<br>Pasadena, CA 91103 | | 4,000.00 | NA | NA | 0.00 |
| | Regal Poly & Paper<br>5600 Grace Pl<br>Commerce, CA 90040 | | 1,746.57 | NA | NA | 0.00 |
| | Rosales Meat Distributor<br>5157 Alhambra Ave<br>Los Angeles, CA 90032 | | 57,000.00 | NA | NA | 0.00 |
| | Shui -Lin<br>400 S Russell Ave #C<br>Monterey Park, CA 91755 | | 12,880.00 | NA | NA | 0.00 |
| | Slade Gorton & Co<br>225 S Hampton St<br>Boston, MA 02118 | | 3,060.00 | NA | NA | 0.00 |
| | Sparkletts<br>PO Box 660579<br>Dallas, TX 75266 | | 57.27 | NA | NA | 0.00 |
| | Standard Fish Co<br>PO Box 1946<br>San Pedro, CA 90733 | | 4,633.25 | NA | NA | 0.00 |
| | The Hartford<br>PO Box 2907<br>Hartford, CT 06104-2907 | | 1,076.35 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tide Water Seafoods 13105 Ramona Blvd #J Irwindale, CA 91706 | | 1,935.00 | NA | NA | 0.00 |
| | United Service Technologies 3164 E La Palma Ave #M Anaheim, CA 92806 | | 425.00 | NA | NA | 0.00 |
| | Verizon Wireless PO Box 660108 Dallas, TX 75266 | | 117.44 | NA | NA | 0.00 |
| | Western Exterminator Company 3333 W Temple St Los Angeles, CA 90026 | | 165.50 | NA | NA | 0.00 |
| 000004 | AQUAMAR | 7100-000 | 4,644.00 | 4,644.00 | 4,644.00 | 389.05 |
| 000019 | BANCO POPULAR NORTH AMERICA | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000020 | BANCO POPULAR NORTH AMERICA | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000011 | BARRY GROUP INC | 7100-000 | 6,487.50 | 6,487.50 | 6,487.50 | 543.49 |
| 000015 | CENSEA, INC. | 7100-000 | 4,858.50 | 4,858.50 | 4,858.50 | 407.02 |
| 000003 | DELTA REFRIGERATION CORP | 7100-000 | 28,158.26 | 26,000.35 | 26,000.35 | 2,178.20 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000022 | DELTA REFRIGERATION CORP | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000008 | EG MEAT & PROVISIONS | 7100-000 | 52,622.72 | 114,016.33 | 114,016.33 | 9,551.80 |
| 000026 | EMA FOODS CO | 7100-000 | 188,273.68 | 19,000.00 | 19,000.00 | 1,591.73 |
| 000006 | EULER HERMES NORTH AMERICA INS. CO. | 7100-000 | 9,028.00 | 12,784.00 | 0.00 | 0.00 |
| 000018 | HARVEST MEAT COMPANY, INC. | 7100-000 | NA | 114,747.27 | 114,747.27 | 9,613.04 |
| 000016 | JBS USA, LLC | 7100-000 | 49,892.78 | 49,892.78 | 49,892.78 | 4,179.80 |
| 000012 | KING MEAT | 7100-000 | 40,774.34 | 42,272.81 | 42,272.81 | 3,541.44 |
| 000005 | LAW OFFICES OF ALEX P. AGHAJAN | 7100-000 | 18,958.83 | 22,438.52 | 22,438.52 | 1,879.80 |
| 000021 | MEG LLC | 7100-000 | 28,221.64 | 28,284.65 | 28,284.65 | 2,369.57 |
| 000014 | PENSKE TRUCK LEASING CO, L.P. | 7100-000 | 71,222.31 | 47,803.53 | 47,803.53 | 4,004.78 |
| 000007 | RYDER TRUCK RENTAL INC | 7100-000 | 18,285.66 | 12,169.22 | 12,169.22 | 1,019.49 |
| 000010 | RYDER TRUCK RENTAL INC | 7100-000 | NA | 572.03 | 572.03 | 47.92 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | SEAQUEST SEAFOOD CORP | 7100-000 | 36,007.15 | 36,084.35 | 36,084.35 | 3,022.99 |
| 000024B | STATE BOARD OF EQUALIZATION | 7100-000 | NA | 165.66 | 165.66 | 13.88 |
| 000013 | TAPIA ENTERPRISES INC | 7100-000 | 18,493.25 | 0.00 | 0.00 | 0.00 |
| 000025 | TAPIA ENTERPRISES INC | 7100-000 | 18,493.25 | 10,493.24 | 10,493.24 | 879.08 |
| 000001 | UNIFIED SEAFOOD COMPANY | 7100-000 | 9,776.58 | 10,301.14 | 10,301.14 | 862.99 |
| 000017 | WESTERN BROKERS, INC. | 7100-000 | 65,805.86 | 58,502.82 | 58,502.82 | 4,901.12 |
| 000002 | MEATCO PROVISIONS | 7100-001 | 314,392.77 | 314,392.77 | 314,392.77 | 26,338.48 |
| 000027 | EMA FOODS CO | 7200-000 | NA | 152,534.37 | 152,534.37 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,038,371.55 | $ 1,088,445.84 | $ 1,075,661.84 | $ 77,335.67 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

For Period Ending:  03/31/18

| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. ACCOUNTS RECEIVABLE - ADVANCE FOOD MARKET<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 162.53 | 0.00 | | 0.00 | FA |
| 2. ACCOUNTS RECEIVABLE- ALMAZAN BAKERY<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 300.00 | 0.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE - ANDY'S SUPER BURG VERN #1<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,716.61 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE - ARGENTINA GROCERY INC<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 2,282.15 | 0.00 | | 0.00 | FA |
| 5. ACCOUNTS RECEIVABLE - ART'S MARKET<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER | 178.67 | 0.00 | | 0.00 | FA |

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 6. ACCOUNTS RECEIVABLE - ARTEAGA'S MARKET #2     ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,470.98 | 0.00 | | 0.00 | FA |
| 7. ACCOUNTS RECEIVABLE - BACARA RESORT & SPA     ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 538.00 | 0.00 | | 0.00 | FA |
| 8. ACCOUNT- BAKKER'S COOKIES     ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 256.00 | 0.00 | | 0.00 | FA |
| 9. ACCOUNTS RECEIVABLE - BROADWAY BAGEL CAFE     ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 816.00 | 0.00 | | 0.00 | FA |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 3

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. ACCOUNTS RECEIVABLE - BEACH GROCERY CO., INC ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 2,015.75 | 0.00 | | 0.00 | FA |
| 11. ACCOUNTS RECEIVABLE- BEST BARGAIN MARKET ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 20,224.60 | 0.00 | | 0.00 | FA |
| 12. ACCOUNTS RECEIVABLE - BUENOS AIRES GRILL ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 334.81 | 0.00 | | 0.00 | FA |
| 13. ACCOUNTS RECEIVABLE - CALIFORNIA RANCH MARKET ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,787.05 | 0.00 | | 0.00 | FA |
| 14. ACCOUNTS RECEIVABLE - CARNICERIA BROTHERS #2 ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER | 11,947.60 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     4

**Exhibit 8**

Case No:        2:13-16651    RK    Judge: ROBERT KWAN

Case Name:    BONANZA FOODS AND PROVISIONS, INC.

Trustee Name:                                  JASON M. RUND, TRUSTEE

Date Filed (f) or Converted (c):    03/14/13 (f)

341(a) Meeting Date:                      04/12/13

Claims Bar Date:                            07/11/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 15. ACCOUNTS RECEIVABLE - CARNICERIA COLIMA B/PARK<br>  ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 2,059.92 | 0.00 | | 0.00 | FA |
| 16. ACCOUNTS RECEIVABLE - CARNICERIA COLIMA SJC<br>  ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 10,456.41 | 0.00 | | 0.00 | FA |
| 17. ACCOUNTS RECEIVABLE - CARNICERIA EL RINCONCITO<br>  ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 500.00 | 0.00 | | 0.00 | FA |
| 18. ACCOUNTS RECEIVABLE - CARNICERIA EL TORITO #2<br>  ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 2,600.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    5

**Exhibit 8**

| | |
|---|---|
| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 19. ACCOUNTS RECEIVABLE - CARNICERIA JALISCO<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 7,751.89 | 0.00 | | 0.00 | FA |
| 20. ACCOUNTS RECEIVABLE - CARNICERIA LA ESCONDIDA 1<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,196.52 | 0.00 | | 0.00 | FA |
| 21. ACCOUNTS RECEIVABLE - CARNICERIA LA ESCONDIDA 2<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 2,689.59 | 0.00 | | 0.00 | FA |
| 22. ACCOUNTS RECEIVABLE - CARNICERIA LA MEXICANA 2<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 14,000.00 | 0.00 | | 0.00 | FA |
| 23. ACCOUNTS RECEIVABLE - CARNICERIA LA MEXICANA 5<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER | 87.05 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    6

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 24. ACCOUNTS RECEIVABLE - CASTALINI INC    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 15,884.69 | 0.00 | | 0.00 | FA |
| 25. ACCOUNTS RECEIVABLE - CAZUELAS GRILL CITRUS    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 256.83 | 0.00 | | 0.00 | FA |
| 26. ACCOUNTS RECEIVABLE - CENTRAL LIQUOR MARKET    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 442.03 | 0.00 | | 0.00 | FA |
| 27. ACCOUNTS RECEIVABLE- CIELITO LINDO CARNICERIA    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,570.21 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    7

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 28. ACCOUNTS RECEIVABLE - COOL ENERGY SMOOTHIES<br>   ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>   IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>   GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>   JUNE 27, 2013.  NO REALIZABLE EQUITY. | 244.00 | 0.00 | | 0.00 | FA |
| 29. ACCOUNTS RECEIVABLE - CORONA RANCH MARKET #2<br>   ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>   IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>   GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>   JUNE 27, 2013.  NO REALIZABLE EQUITY. | 3,143.26 | 0.00 | | 0.00 | FA |
| 30. ACCOUNTS RECEIVABLE - CORONA RANCH MARKET #1<br>   ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>   IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>   GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>   JUNE 27, 2013.  NO REALIZABLE EQUITY. | 91.27 | 0.00 | | 0.00 | FA |
| 31. ACCOUNTS RECEIVABLE - COUNTRY RANCH MARKET<br>   ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>   IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>   GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>   JUNE 27, 2013.  NO REALIZABLE EQUITY. | 2,145.70 | 0.00 | | 0.00 | FA |
| 32. ACCOUNTS RECEIVABLE - CUEVAS ZAPATA MEAT MARKET<br>   ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>   IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER | 1,941.44 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 8

Exhibit 8

| Case No: | 2:13-16651   RK   Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 33. ACCOUNTS RECEIVABLE - DOMINGUEZ MARKET #1<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,747.23 | 0.00 | | 0.00 | FA |
| 34. ACCOUNTS RECEIVABLE - DON CHENTE BAR & GRILL<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 734.06 | 0.00 | | 0.00 | FA |
| 35. ACCOUNTS RECEIVABLE - EASTERN MEATS & DELI<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,058.92 | 0.00 | | 0.00 | FA |
| 36. ACCOUNTS RECEIVABLE - EG MEAT & PROVISIONS, INC<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,369.34 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 37. | ACCOUNTS RECEIVABLE - EL AGUILA BAKERY INC<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 730.51 | 0.00 | | 0.00 | FA |
| 38. | ACCOUNTS RECEIVABLE - EL COMPA RESTAURANT<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 141.00 | 0.00 | | 0.00 | FA |
| 39. | ACCOUNTS RECEIVABLE - EL GALLO MARKET #1<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 758.23 | 0.00 | | 0.00 | FA |
| 40. | ACCOUNTS RECEIVABLE - EL GRAN CHAPARRAL MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 700.00 | 0.00 | | 0.00 | FA |
| 41. | ACCOUNTS RECEIVABLE - EL NUEVO MUNDO MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER | 6,868.14 | 0.00 | | 0.00 | FA |

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

Page:   10

**Exhibit 8**

| Case No: | 2:13-16651   RK   Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| | GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 42. | ACCOUNTS RECEIVABLE - EL PESCADOR #7<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 2,558.34 | 0.00 | | 0.00 | FA |
| 43. | ACCOUNTS RECEIVABLE - EL PESCADOR<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 9,551.53 | 0.00 | | 0.00 | FA |
| 44. | ACCOUNTS RECEIVABLE - EL RANCHITO MEAT MARKET<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,061.03 | 0.00 | | 0.00 | FA |
| 45. | ACCOUNTS RECEIVABLE - EL RIO CENTRAL MARKET INC<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 20.00 | 0.00 | | 0.00 | FA |

FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    11

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 46. ACCOUNTS RECEIVABLE - EL TORITO MARKET   ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST   IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER   GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED   JUNE 27, 2013.  NO REALIZABLE EQUITY. | 9,099.99 | 0.00 | | 0.00 | FA |
| 47. ACCOUNTS RECEIVABLE - EL TORO MARKET   ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST   IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER   GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED   JUNE 27, 2013.  NO REALIZABLE EQUITY. | 5,353.53 | 0.00 | | 0.00 | FA |
| 48. ACCOUNTS RECEIVABLE - EL VALLE MARKET   ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST   IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER   GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED   JUNE 27, 2013.  NO REALIZABLE EQUITY. | 495.85 | 0.00 | | 0.00 | FA |
| 49. ACCOUNTS RECEIVABLE - EL ZARAPE MEXICAN FOOD   ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST   IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER   GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED   JUNE 27, 2013.  NO REALIZABLE EQUITY. | 215.29 | 0.00 | | 0.00 | FA |
| 50. ACCOUNTS RECEIVABLE - EMA FOOD CO LLC   ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST   IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER | 2,857.10 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 51. ACCOUNTS RECEIVABLE - ENRIQUE ZAMORA<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 720.85 | 0.00 | | 0.00 | FA |
| 52. ACCOUNTS RECEIVABLE - FONTANA RANCH MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 273.50 | 0.00 | | 0.00 | FA |
| 53. ACCOUNTS RECEIVABLE - FRESCO SUPERMARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 21.71 | 0.00 | | 0.00 | FA |
| 54. ACCOUNTS RECEIVABLE - FRESCO SUPERMARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 6,413.39 | 0.00 | | 0.00 | FA |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 28)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   13

**Exhibit 8**

| Case No: | 2:13-16651   RK   Judge: ROBERT KWAN |
| --- | --- |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
| --- | --- |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 55. ACCOUNTS RECEIVABLE - FRIDA MELROSE<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,312.64 | 0.00 | | 0.00 | FA |
| 56. ACCOUNTS RECEIVABLE - FRIDA MEXICAN CUISINE<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 8,429.78 | 0.00 | | 0.00 | FA |
| 57. ACCOUNTS RECEIVABLE - FRIDA RESTAURANT<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,233.09 | 0.00 | | 0.00 | FA |
| 58. ACCOUNTS RECEIVABLE - FRIDA RESTAURANT<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 440.81 | 0.00 | | 0.00 | FA |
| 59. ACCOUNTS RECEIVABLE - FRIDA TACOS<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER | 680.36 | 0.00 | | 0.00 | FA |

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 60. | ACCOUNTS RECEIVABLE - FRUTERIA MEXICANA    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 100.00 | 0.00 | | 0.00 | FA |
| 61. | ACCOUNTS RECEIVABLE - G.O.5 MARKET    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,868.56 | 0.00 | | 0.00 | FA |
| 62. | ACCOUNTS RECEIVABLE - GLORIA'S RESTAURANT    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 152.00 | 0.00 | | 0.00 | FA |
| 63. | ACCOUNTS RESTAURANT - GUADALAJARA MARKET    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 5,760.03 | 0.00 | | 0.00 | FA |
| | | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 15

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 64. ACCOUNTS RECEIVABLE - GUADALAJARA MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 2,600.00 | 0.00 | | 0.00 | FA |
| 65. ACCOUNTS RECEIVABLE - GUADALAJARA MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 6,850.08 | 0.00 | | 0.00 | FA |
| 66. ACCOUNTS RECEIVABLE - GUADALAJARA MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 663.57 | 0.00 | | 0.00 | FA |
| 67. ACCOUNTS RECEIVABLE - GUERRERO MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 3,468.85 | 0.00 | | 0.00 | FA |
| 68. ACCOUNTS RECEIVABLE - INTERCARNES TEXAS CORP<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER | 114.00 | 0.00 | | 0.00 | FA |

FORM 3

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 16

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 69. ACCOUNTS RECEIVABLE - JIM'S CHOICE WHOLESALE ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 15,131.08 | 0.00 | | 0.00 | FA |
| 70. ACCOUNTS RECEIVABLE - JORDANO'S FOOD SERVICE ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 3,460.50 | 0.00 | | 0.00 | FA |
| 71. ACCOUNTS RECEIVABLE - KENNEDY CLUB FITNESS ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 823.00 | 0.00 | | 0.00 | FA |
| 72. ACCOUNTS RECEIVBALE- LA CHINA POBLANA ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,201.30 | 0.00 | | 0.00 | FA |
| | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    17

Exhibit 8

| | |
|---|---|
| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 73. ACCOUNTS RECEIVABLE - LA COCINA RESTAURANT ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 3,984.73 | 0.00 | | 0.00 | FA |
| 74. ACCOUNTS RECEIVABLE - LA FAVORITA RANCH MARKET ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 7,156.21 | 0.00 | | 0.00 | FA |
| 75. ACCOUNTS RECEIVABLE - LA LLAMARADA ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,829.04 | 0.00 | | 0.00 | FA |
| 76. ACCOUNTS RECEIVABLE - LA PLACITA MEXICAN GRILL ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,484.21 | 0.00 | | 0.00 | FA |
| 77. ACCOUNTS RECEIVABLE - LA PLAYITA #2 ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER | 259.78 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

**Exhibit 8**

| | |
|---|---|
| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 78. ACCOUNTS RECEIVABLE - LA RANA MEXICAN FOOD #1<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 4,588.94 | 0.00 | | 0.00 | FA |
| 79. ACCOUNTS RECEIVABLE - LA SINALOENSE, INC<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 315.95 | 0.00 | | 0.00 | FA |
| 80. ACCOUNTS RECEIVABLE - LA TRIPA VELOZ<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 230.37 | 0.00 | | 0.00 | FA |
| 81. ACCOUNTS RECEIVABLE - LA VACA Y EL BUEY<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 19.38 | 0.00 | | 0.00 | FA |

Ver: 20.00g

**UST Form 101-7-TDR (10/1/2010)** *(Page: 34)*

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    19

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 82. ACCOUNTS RECEIVABLE - LA VAQUITA MEAT MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 695.03 | 0.00 | | 0.00 | FA |
| 83. ACCOUNTS RECEIVABLE - LA VILLITA ENTERPRISES<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,267.49 | 0.00 | | 0.00 | FA |
| 84. ACCOUNTS RECEIVABLE - LAS PALMAS CARNICERIA<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 2,171.17 | 0.00 | | 0.00 | FA |
| 85. ACCOUNTS RECEIVABLE - LL MEAT CO<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,994.66 | 0.00 | | 0.00 | FA |
| 86. ACCOUNTS RECEIVABLE - LOS BETOS RESTAURANT<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER | 962.65 | 0.00 | | 0.00 | FA |

FORM 3

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    20

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 87. ACCOUNTS RECEIVABLE - LUPITA'S TACOS<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 395.31 | 0.00 | | 0.00 | FA |
| 88. ACCOUNTS RECEIVABLE - LURE FISH HOUSE<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,221.35 | 0.00 | | 0.00 | FA |
| 89. ACCOUNTS RECEIVABLE - LURE FISH HOUSE<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 280.00 | 0.00 | | 0.00 | FA |
| 90. ACCOUNTS RECEIVABLE - M & J SEAFOOD CO<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,472.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    21

Exhibit 8

Case No:    2:13-16651    RK    Judge: ROBERT KWAN

Case Name:    BONANZA FOODS AND PROVISIONS, INC.

Trustee Name:    JASON M. RUND, TRUSTEE

Date Filed (f) or Converted (c):    03/14/13 (f)

341(a) Meeting Date:    04/12/13

Claims Bar Date:    07/11/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 91. ACCOUNTS RECEIVABLE - MARIA'S ITALIAN KITCHEN ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 322.00 | 0.00 | | 0.00 | FA |
| 92. ACCOUNTS RECEIVABLE - MARQUEZ MEATS ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 2,801.08 | 0.00 | | 0.00 | FA |
| 93. ACCOUNTS RECEIVABLE - MERCADITO DON CHUY ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 6,349.36 | 0.00 | | 0.00 | FA |
| 94. ACCOUNTS RECEIVABLE - MERCADO INTERNACIONAL ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,198.80 | 0.00 | | 0.00 | FA |
| 95. ACCOUNTS RECEIVABLE - MI RANCHO MARKET ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER | 1,824.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 22

Exhibit 8

| Case No: | 2:13-16651 RK Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 96. ACCOUNTS RECEIVABLE - MID TOWN MARKET<br>   ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 25,248.97 | 0.00 | | 0.00 | FA |
| 97. ACCOUNTS RECEIVABLE - MILLAN'S RANCHITO #2<br>   ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 66.48 | 0.00 | | 0.00 | FA |
| 98. ACCOUNTS RECEIVABLE - MIRACLE MARKET<br>   ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 290.00 | 0.00 | | 0.00 | FA |
| 99. ACCOUNTS RECEIVABLE - MOJICA PRODUCE & MEAT MARKET<br>   ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 391.91 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | | | | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | | | | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | | | | 341(a) Meeting Date: | 04/12/13 |
| | | | | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 100. ACCOUNTS RECEIVABLE - MOLES LA TIA<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 231.71 | 0.00 | | 0.00 | FA |
| 101. ACCOUNTS RECEIVABLE - MONTECITO COUNTRY CLUB<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 390.00 | 0.00 | | 0.00 | FA |
| 102. ACCOUNTS RECEIVABLE - NICOS MEAT MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 9,621.36 | 0.00 | | 0.00 | FA |
| 103. ACCOUNTS RECEIVABLE - NORCO RANCH MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 12,979.82 | 0.00 | | 0.00 | FA |
| 104. ACCOUNTS RECEIVABLE - ONTARIO RANCH MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST | 6,552.01 | 0.00 | | 0.00 | FA |

Ver: 20.00g

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

**Exhibit 8**

| Case No: | 2:13-16651   RK   Judge: ROBERT KWAN |
| --- | --- |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
| --- | --- |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 105. ACCOUNTS RECEIVABLE - PACIFIC HORIZON INC<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 8,440.19 | 0.00 | | 0.00 | FA |
| 106. ACCOUNTS RECEIVABLE - PALERMO DELI<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 984.78 | 0.00 | | 0.00 | FA |
| 107. ACCOUNTS RECEIVABLE - PINNACLE CG GROUP<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 2,910.57 | 0.00 | | 0.00 | FA |
| 108. ACCOUNTS RECEIVABLE - POMONA MEAT MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 900.95 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 109. ACCOUNTS RECEIVABLE - PRIMOS MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 5,371.21 | 0.00 | | 0.00 | FA |
| 110. ACCOUNTS RECEIVABLE - PRODUCE FOR LESS MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 15,890.32 | 0.00 | | 0.00 | FA |
| 111. ACCOUNTS RECEIVABLE - PROTEIN, INC<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 3,630.07 | 0.00 | | 0.00 | FA |
| 112. ACCOUNTS RECEIVABLE - R & D MARKETING INC<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 129.00 | 0.00 | | 0.00 | FA |
| 113. ACCOUNTS RECEIVABLE - R-RANCH MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST | 379.10 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 2:13-16651   RK   Judge: ROBERT KWAN |
|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 114. ACCOUNTS RECEIVABLE - R-RANCH MARKET<br>  ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 15.00 | 0.00 | | 0.00 | FA |
| 115. ACCOUNTS RECEIVABLE - R-RANCH MARKET<br>  ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 123.43 | 0.00 | | 0.00 | FA |
| 116. ACCOUNTS RECEIVABLE - R-RANCH MARKET<br>  ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 381.20 | 0.00 | | 0.00 | FA |
| 117. ACCOUNTS RECEIVABLE - RW ZANT CO.<br>  ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 29,258.13 | 0.00 | | 0.00 | FA |

FORM 2
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 27

Exhibit 8

Case No:     2:13-16651     RK   Judge: ROBERT KWAN
Case Name:   BONANZA FOODS AND PROVISIONS, INC.

Trustee Name:     JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c):   03/14/13 (f)
341(a) Meeting Date:   04/12/13
Claims Bar Date:   07/11/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 118. ACCOUNTS RECEIVABLE - RAMONA'S MEXICAN FOOD ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 2,743.66 | 0.00 | | 0.00 | FA |
| 119. ACCOUNTS RECEIVABLE - RANCHO GRANDE RESTAURANT ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 742.76 | 0.00 | | 0.00 | FA |
| 120. ACCOUNTS RECEIVABLE - RANCHO WABASH ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 129.28 | 0.00 | | 0.00 | FA |
| 121. ACCOUNTS RECEIVABLE - RESTAURANT TEPEACA ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 263.60 | 0.00 | | 0.00 | FA |
| 122. ACCOUNTS RECEIVABLE -  RESTAURANT TIJUANA ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST | 1,551.61 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    28

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 123. ACCOUNTS RECEIVABLE - RESTAURANT PUPUSERIA ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 13.37 | 0.00 | | 0.00 | FA |
| 124. ACCOUNTS RECEIVABLE- ROBERT GUILLEN SALES MAN ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 349.59 | 0.00 | | 0.00 | FA |
| 125. ACCOUNTS RECEIVABLE - RODEO MEAT MARKET ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 31.35 | 0.00 | | 0.00 | FA |
| 126. ACCOUNTS RECEIVABLE - ROSCOE SUPERMARKET ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,416.14 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 29

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
| --- | --- |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
| --- | --- |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 127. ACCOUNTS RECEIVABLE - ROSITA'S BAKERY &<br>RESTAURANT<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 392.91 | 0.00 | | 0.00 | FA |
| 128. ACCOUNTS RECEIVABLE- SAFFRON INDIAN CUISINE<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,049.60 | 0.00 | | 0.00 | FA |
| 129. ACCOUNTS RECEIVABLE - SANTA YNEZ VALLEY COFFEE<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 636.00 | 0.00 | | 0.00 | FA |
| 130. ACCOUNTS RECEIVABLE - SELECTA SUPERMARKET<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 376.21 | 0.00 | | 0.00 | FA |
| 131. ACCOUNTS RECEIVABLE - SENORIAL MEXICAN | 3,550.93 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    30

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| RESTAURANT ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 132. ACCOUNTS RECEIVABLE - SHORT STOP 27 MARKET ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 336.99 | 0.00 | | 0.00 | FA |
| 133. ACCOUNTS RECEIVABLE - SONORA RESTAURANT ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 524.71 | 0.00 | | 0.00 | FA |
| 134. ACCOUNTS RECEIVABLE - STANDARD FISH ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 4,597.62 | 0.00 | | 0.00 | FA |
| 135. ACCOUNTS RECEIVABLE - SUPER BUENO MARKET ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER | 4,135.13 | 0.00 | | 0.00 | FA |

FORM 3

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 31

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | | 341(a) Meeting Date: | 04/12/13 |
| | | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 136. ACCOUNTS RECEIVABLE - SUPER BUY MARKET    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,581.65 | 0.00 | | 0.00 | FA |
| 137. ACCOUNTS RECEIVABLE - SUPER KING MARKETS    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 304.00 | 0.00 | | 0.00 | FA |
| 138. ACCOUNTS RECEIVABLE - SUPREME FOODS, INC    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 7,548.65 | 0.00 | | 0.00 | FA |
| 139. ACCOUNTS RECEIVABLE - TACONAZO    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 689.32 | 0.00 | | 0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 2:13-16651 | RK | Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | | | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | | | 341(a) Meeting Date: | 04/12/13 |
| | | | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 140. ACCOUNTS RECEIVABLE - TACOS DON CHENTE ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 908.22 | 0.00 | | 0.00 | FA |
| 141. ACCOUNTS RECEIVABLE - TACOS DON CHENTE ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 2,961.12 | 0.00 | | 0.00 | FA |
| 142. ACCOUNTS RECEIVABLE - TACOS DON CHENTE ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 6,391.23 | 0.00 | | 0.00 | FA |
| 143. ACCOUNTS RECEIVABLE - TACOS EL ZORRO ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,411.71 | 0.00 | | 0.00 | FA |
| 144. ACCOUNTS RECEIVABLE - TACOS LA JICAMA ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER | 6,797.74 | 0.00 | | 0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 2:13-16651   RK   Judge: ROBERT KWAN |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 145. ACCOUNTS RECEIVABLE - TACOS MACIAS     ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 141.89 | 0.00 | | 0.00 | FA |
| 146. ACCOUNTS RECEIVABLE - TACOS MEXICO     ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 8,007.25 | 0.00 | | 0.00 | FA |
| 147. ACCOUNTS RECEIVABLE - TACOS MEXICO     ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 995.92 | 0.00 | | 0.00 | FA |
| 148. ACCOUNTS RECEIVABLE - TAQUERIA DE ANDA     ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 1,629.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 34

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 149. ACCOUNTS RECEIVABLE - TAQUERIA GUADALAJARA<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 50.00 | 0.00 | | 0.00 | FA |
| 150. ACCOUNTS RECEIVABLE - TAQUERIA MIGUEL<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 14.00 | 0.00 | | 0.00 | FA |
| 151. ACCOUNTS RECEIVABLE - TIERRA MIA COFFEE<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 256.00 | 0.00 | | 0.00 | FA |
| 152. ACCOUNTS RECEIVABLE - TIERRA MIA COFFEE<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>    GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>    JUNE 27, 2013.  NO REALIZABLE EQUITY. | 320.00 | 0.00 | | 0.00 | FA |
| 153. ACCOUNTS RECEIVABLE - TORTAS GUADALAJARA<br>    ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>    IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER | 1,140.26 | 0.00 | | 0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 2:13-16651   RK   Judge: ROBERT KWAN |
|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | | | | | |
| 154. ACCOUNTS RECEIVABLE - TROPICAL ISLAND MARKET ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 4,045.46 | 0.00 | | 0.00 | FA |
| 155. ACCOUNTS RECEIVABLE - TROPICAL ISLAND MARKET ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 8,534.88 | 0.00 | | 0.00 | FA |
| 156. ACCOUNTS RECEIVABLE- TROPICANA MARKET ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 3,502.73 | 0.00 | | 0.00 | FA |
| 157. ACCOUNTS RECEIVABLE - VERNON RANCHO MARKET ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED JUNE 27, 2013.  NO REALIZABLE EQUITY. | 5,363.93 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 158. ACCOUNTS RECEIVABLE - VILLA MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 23,442.50 | 0.00 | | 0.00 | FA |
| 159. ACCOUNTS RECEIVABLE - VILLAGE MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 414.49 | 0.00 | | 0.00 | FA |
| 160. ACCOUNTS RECEIVABLE - WASHINGTON SQUARE MARKET<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 2,183.32 | 0.00 | | 0.00 | FA |
| 161. ACCOUNTS RECEIVABLE - ZIZZO'S COFFEE<br>ACCOUNT IS SUBJECT TO PERFECTED SECURITY INTEREST<br>IN FAVOR OF BIBBY FINANCIAL SERVICES.  ORDER<br>GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED<br>JUNE 27, 2013.  NO REALIZABLE EQUITY. | 633.00 | 0.00 | | 0.00 | FA |
| 162. CONTINGENT CLAIMS - BIBBY FINANCIAL<br>TRUSTEE BELIEVES BIBBY FINANCIAL RECEIVED PAYMENTS<br>TOTALING $60,000 DURING THE PREFERENTIAL PERIOD. | 800,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | BIBBY IS A SECURED CREDITOR AND BASED ON CONVERSATIONS WITH COUNSEL FOR DEBTOR AND BIBBY, PAYMENTS APPEAR TO BE COSTS AND FEES IN CONNECTION WITH FACTORING OF DEBTOR'S ACCOUNTS RECEIVABLE AND WERE MADE IN THE ORDINARY COURSE OF THE FACTORING RELATIONSHIP. | | | | | |
| 163. | CONTINGENT CLAIM - RANCHO FOODS  DEBTOR CLAIMS TO HAVE CAUSES OF ACTION AGAINST RANCHO FOODS FOR UNFAIR BUSINESS PRACTICES. TRUSTEE MET WIT THREE REPRESENTATIVES OF RANCHO FOODS REGARDING THE BUSINESS RELATIONSHIP BETWEEN THE DEBTOR AND RANCHO FOODS.  BASED ON INFORMATION OBTAINED DURING THE MEETING, TRUSTEES BELIEVES THE CLAIMS ARE SPECULATIVE AND THE RISKS/COSTS OF LITIGATION ARE OUTWEIGHED BY ANY POTENTIAL RECOVERY. | Unknown | 0.00 | | 0.00 | FA |
| 164. | BANK ACCOUNT - POPULAR COMMUNITY BANK #0315 (u)  PER AMENDED SCHEDULE B, DEBTOR LISTED BANK ACCOUNT WITH A ZERO BALANCE. | 0.00 | 0.00 | | 0.00 | FA |
| 165. | BANK ACCOUNT - POPULAR COMMUNITY BANK #0500 (u)  PER AMENDED SCHEDULE B, DEBTOR LISTED BANK ACCOUNT WITH A ZERO BALANCE. | 0.00 | 0.00 | | 0.00 | FA |
| 166. | BANK ACCOUNT - POPULAR COMMUNITY BANK #3710 (u) | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    38

**Exhibit 8**

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| PER AMENDED SCHEDULE B, DEBTOR LISTED BANK ACCOUNT WITH A ZERO BALANCE. | | | | | |
| 167. BANK ACCOUNT - BANK OF AMERICA #6471 (u)<br>   PER AMENDED SCHEDULE B, DEBTOR LISTED OVERDRAW BANK ACCOUNT.  OVERDRAWN BALANCE IS -$583.54. | -583.64 | 0.00 | | 0.00 | FA |
| 168. OFFICE EQUIPMENT & FURNISHINGS (u)<br>   PER AMENDED SCHEDULE B, DEBTOR LISTED OFFICE EQUIPMENT AND FURNISHINGS.  PROPERTY IS OF INCONSEQUENTIAL VALUE AND WOULD BE BURDENSOME TO ADMINISTER AFTER TAKING INTO ACCOUNT LIQUIDATION EXPENSES. | 3,000.00 | 0.00 | | 0.00 | FA |
| 169. MACHINERY, EQUIPMENT, AND SUPPLIES (u)<br>   PER AMENDED SCHEDULE B, DEBTOR LISTED MACHINERY, EQUIPMENT, AND SUPPLIES.  PROPERTY IS OF INCONSEQUENTIAL VALUE AND WOULD BE BURDENSOME TO ADMINISTER AFTER TAKING INTO ACCOUNT LIQUIDATION EXPENSES. | 2,000.00 | 0.00 | | 0.00 | FA |
| 170. INVENTORY - (SPOILED) (u)<br>   PER AMENDED SCHEDULE B, DEBTOR LISTED INVENTORY. DEBTOR'S BUSINESS INVENTORY CONSISTS OF PERISHABLES WHICH DEBTOR ASSERTS HAVE SPOILED. | 50.00 | 0.00 | | 0.00 | FA |
| 171. VEHICLE - FREIGHTLINER CHASSIS CAB (u) | 500.00 | 0.00 | | 0.00 | FA |

**FORM 2**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 2:13-16651   RK   Judge: ROBERT KWAN | | Trustee Name: | JASON M. RUND, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | | 341(a) Meeting Date: | 04/12/13 |
| | | | Claims Bar Date: | 07/11/13 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| | TRUSTEE INVESTIGATED VALUE OF VEHICLE AND DETERMINED LISTED VALUE APPEARS REASONABLE. VEHICLE IS NON-OPERATIONAL, THEREFORE, PROPERTY IS OF INCONSEQUENTIAL VALUE AND WOULD BE BURDENSOME TO ADMINISTER AFTER TAKING INTO ACCOUNT LIQUIDATION EXPENSES.<br><br>TRUSTEE INTENDS TO FILE NOTICE OF ABANDOMENT AND UPDATE THE STATUS. | | | | | |
| 172. | VEHICLE - FREIGHTLINER CHASSIS CAB (u)<br>TRUSTEE INVESTIGATED VALUE OF VEHICLE AND DETERMINED LISTED VALUE APPEARS REASONABLE. VEHICLE IS NON-OPERATIONAL, THEREFORE, PROPERTY IS OF INCONSEQUENTIAL VALUE AND WOULD BE BURDENSOME TO ADMINISTER AFTER TAKING INTO ACCOUNT LIQUIDATION EXPENSES.<br><br>TRUSTEE INTENDS TO FILE NOTICE OF ABANDOMENT AND UPDATE THE STATUS. | 500.00 | 0.00 | | 0.00 | FA |
| 173. | PREFERENCE - INTERNATIONAL CASINGS GROUP, INC. (u)<br>TRANSFER IDENTIFIED FOLLOWING REVIEW OF DEBTOR'S BANK ACCOUNT RECORDS.  TOTAL AMOUNT RECEIVED WITHIN 90 DAYS OF PETITION DATE WAS $2,520.  DEMAND LETTER MAILED.<br><br>IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT | 0.00 | 2,016.00 | | 2,016.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| Case No:         2:13-16651     RK    Judge: ROBERT KWAN | Trustee Name:          JASON M. RUND, TRUSTEE |
| Case Name:    BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c):    03/14/13 (f) |
| | 341(a) Meeting Date:    04/12/13 |
| | Claims Bar Date:    07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| THE TRUSTEE ACCEPTED A SETTLEMENT OF $2,016 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED LITIGATION COSTS.<br><br>ORDER APPROVING COMPROMISE ENTERED MARCH 18, 2015. | | | | | |
| 174. PREFERENCE - PLAST TECHS ENTERPRISES, INC. (u)<br>TRANSFER IDENTIFIED FOLLOWING REVIEW OF DEBTOR'S BANK ACCOUNT RECORDS.  TOTAL AMOUNT RECEIVED WITHIN 90 DAYS OF PETITION DATE WAS $2,059.10.  DEMAND LETTER MAILED.<br><br>IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $1,647.28 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED LITIGATION COSTS.<br><br>ORDER APPROVING COMPROMISE ENTERED MARCH 18, 2015. | 0.00 | 1,647.28 | | 1,647.28 | FA |
| 175. PREFERENCE - CENTRAL MEAT PROVISIONS (u)<br>TRANSFER IDENTIFIED FOLLOWING REVIEW OF DEBTOR'S BANK ACCOUNT RECORDS.  TOTAL AMOUNT RECEIVED WITHIN 90 DAYS OF PETITION DATE WAS $5,693.38.  DEMAND LETTER MAILED.<br><br>IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $1,071.43 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED | 0.00 | 1,071.43 | | 1,071.43 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| | |
|---|---|
| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| LITIGATION COSTS.<br><br>ORDER APPROVING COMPROMISE ENTERED MARCH 18, 2015. | | | | | |
| 176. PREFERENCE - DEL REAL, LLC (u)<br>    TRANSFER IDENTIFIED FOLLOWING REVIEW OF DEBTOR'S<br>    BANK ACCOUNT RECORDS.  TOTAL AMOUNT RECEIVED<br>    WITHIN 90 DAYS OF PETITION DATE WAS $1,432.80.  DEMAND<br>    LETTER MAILED.<br><br>    IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT<br>    THE TRUSTEE ACCEPTED A SETTLEMENT OF $1,000.00 AFTER<br>    CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED<br>    LITIGATION COSTS.<br><br>    ORDER APPROVING COMPROMISE ENTERED MARCH 18, 2015. | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 177. PREFERENCE - LYNN BEEF, INC. (u)<br>    TRANSFER IDENTIFIED FOLLOWING REVIEW OF DEBTOR'S<br>    BANK ACCOUNT RECORDS.  TOTAL AMOUNT RECEIVED<br>    WITHIN 90 DAYS OF PETITION DATE WAS $3,024.52.  DEMAND<br>    LETTER MAILED.<br><br>    IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT<br>    THE TRUSTEE ACCEPTED A SETTLEMENT OF $1,219.62 AFTER<br>    CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED<br>    LITIGATION COSTS. | 0.00 | 1,219.62 | | 1,219.62 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    42

Exhibit 8

| Case No: | 2:13-16651 | RK | Judge: ROBERT KWAN |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | | |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| ORDER APPROVING COMPROMISE ENTERED MARCH 18, 2015. | | | | | |
| 178. PREFERENCE - SIGMA PLASTIC, INC. (u) | 0.00 | 3,596.40 | | 3,596.40 | FA |
| TRANSFER IDENTIFIED FOLLOWING REVIEW OF DEBTOR'S BANK ACCOUNT RECORDS.  TOTAL AMOUNT RECEIVED WITHIN 90 DAYS OF PETITION DATE WAS $9,270.52.  DEMAND LETTER MAILED.  IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $3,596.40 AFTER CONSIDERING POTENTIAL DEFENSES/ORDINARY COURSE PAYMENTS OF APPROXIMATELY $4,000 AND ANTICIPATED LITIGATION COSTS.  ORDER APPROVING COMPROMISE ENTERED MARCH 18, 2015. | | | | | |
| 179. PREFERENCE - STANDARD FISH CO. (u) | 0.00 | 900.00 | | 900.00 | FA |
| TRANSFER IDENTIFIED FOLLOWING REVIEW OF DEBTOR'S BANK ACCOUNT RECORDS.  TOTAL AMOUNT RECEIVED WITHIN 90 DAYS OF PETITION DATE WAS $1,170.  DEMAND LETTER MAILED.  IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $900 AFTER CONSIDERING POTENTIAL DEFENSES/ORDINARY COURSE PAYMENTS OF APPROXIMATELY $4,000 AND ANTICIPATED LITIGATION COSTS. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 2:13-16651 | RK | Judge: ROBERT KWAN |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | | |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| ORDER APPROVING COMPROMISE ENTERED MARCH 18, 2015. | | | | | |
| 180. PREFERENCE - DELTA REFRIGERATION COMPANY (u)<br>TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED<br>THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S<br>RECORDS.  AMOUNT TRANSFERRED DURING THE 90-DAY<br>PERIOD WAS $14,184.50.  TRUSTEE COMMENCED AN<br>ADVERSARY PROCEEDING [CASE NUMBER ADV.<br>2:15-AP-01026 RN]  TO AVOID AND RECOVER THE TRANSFERS<br>PURSUANT TO 11 U.S.C. §§ 547 AND 550.  THE INITIAL STATUS<br>CONFERENCE IS ON MAY 7, 2015.  TRUSTEE HAS NOT<br>PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY<br>MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR<br>OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM.<br><br>IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT<br>THE TRUSTEE ACCEPTED A SETTLEMENT OF $7,000 AFTER<br>CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED<br>LITIGATION COSTS.  AFFIRMATIVE DEFENSES ESTABLISHED<br>FOR A MAJORITY OF THE AMOUNT TRANSFERRED WITH THE<br>EXCEPTION OF A INSUFFICIENT FUNDS CHECK REPLACED<br>DURING THE PREFERENCE PERIOD.  DEFENDANT ESTABLISH<br>SOME NEW VALUE FOR REPAIRS AND CONTENDED THEY<br>ALSO HAD A MECHANICS LIEN.<br><br>ORDER APPROVING COMPROMISE ENTERED APRIL 30, 2015 | 0.00 | 7,000.00 | | 7,000.00 | FA |
| 181. PREFERENCE - WESTERN BROKERS, INC. (u) | 0.00 | 3,700.00 | | 3,700.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 44

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS.  AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $11,238.99.  TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. 2:15-AP-01027 RN]  TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550.  THE INITIAL STATUS CONFERENCE IS ON MARCH 18, 2015.  TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM.

IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $3,700 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED LITIGATION COSTS.

ORDER APPROVING COMPROMISE ENTERED NOVEMBER 30, 2015 | | | | | |
| 182. PREFERENCE - IDEAL MEAT & PROVSIONS, INC. (u) TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS.  AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $135,894.40.  TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. 2:15-AP-01028 RN]  TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550.  THE INITIAL STATUS CONFERENCE IS ON MAY 7, 2015.  TRUSTEE HAS NOT | 0.00 | 20,000.00 | | 20,000.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 45

Exhibit 8

Case No: 2:13-16651 RK Judge: ROBERT KWAN

Case Name: BONANZA FOODS AND PROVISIONS, INC.

Trustee Name: JASON M. RUND, TRUSTEE

Date Filed (f) or Converted (c): 03/14/13 (f)

341(a) Meeting Date: 04/12/13

Claims Bar Date: 07/11/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM.<br><br>IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $20,000 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED LITIGATION COSTS. AFFIRMATIVE DEFENSES ESTABLISHED FOR A MAJORITY OF THE AMOUNT TRANSFERRED WITH THE EXCEPTION OF A INSUFFICIENT FUNDS CHECK REPLACED DURING THE PREFERENCE PERIOD.<br><br>ORDER APPROVING COMPROMISE ENTERED APRIL 24, 2015 | | | | | |
| 183. PREFERENCE - JOSEFINA AVILA, DBA BRONCOS MEATS (u) TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS. AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $102,449.55. TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. 2:15-AP-01029 RN] TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550. THE INITIAL STATUS CONFERENCE IS ON JUNE 4, 2015. TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM.<br><br>DEFAULT JUDGMENT ENTERED JUNE 24, 2015 FOR $102,449.55. TRUSTEE IS INVESTIGATING WHETHER THE JUDGMENT CAN | 0.00 | 5,000.00 | | 0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 2:13-16651 | RK | Judge: ROBERT KWAN |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | | |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| BE COLLECTED WHICH AT THIS POINT APPEARS DOUBTFUL. | | | | | |
| 184. PREFERENCE - VANDIF SPECIALTY FOODS, INC. (u) TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS.  AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $33,692.40.  TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. 2:15-AP-01030 RN]  TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550.  THE INITIAL STATUS CONFERENCE IS ON JUNE 4, 2015.  TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM. DEFENDANT PRESENTED INFORMATION ESTABLISHING MAJORITY OF THE PAYMENTS WERE MADE IN THE ORDINARY COURSE (20-27 DAYS).  HOWEVER, THERE WAS ONE PAYMENT ISSUED FOR A REPLACEMENT OF AN INSUFFICIENT FUNDS CHECK.  IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $3,500 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED LITIGATION COSTS. ORDER APPROVING COMPROMISE ENTERED JULY 29, 2015 | 0.00 | 3,500.00 | | 3,500.00 | FA |
| 185. PREFERENCE - AAA OIL, INC. (u) TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED | 0.00 | 11,000.00 | | 11,000.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 47

Exhibit 8

| | |
|---|---|
| Case No: 2:13-16651   RK   Judge: ROBERT KWAN | Trustee Name:   JASON M. RUND, TRUSTEE |
| Case Name:   BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c):   03/14/13 (f) |
| | 341(a) Meeting Date:   04/12/13 |
| | Claims Bar Date:   07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS.  AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $21,261.64.  TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. 2:15-AP-01031 RN]  TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550.  THE INITIAL STATUS CONFERENCE IS ON JUNE 4, 2015.  TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM. | | | | | |
| DEFENDANT ASSETS NEW VALUE DEFENSES AGAINST SOME OF THE PAYMENTS DURING THE PREFERENCE PERIOD.  IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $11,000 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED LITIGATION COSTS.  MOTION TO APPROVE COMPROMISE PENDING. | | | | | |
| ORDER APPROVING COMPROMISE ENTERED APRIL 14, 2016 | | | | | |
| 186. PREFERENCE - RICHMOORE HOLDING, INC. (u) TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS.  AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $32,372.80.  TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. 2:15-AP-01032 RN]  TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550.  THE INITIAL STATUS | 0.00 | 17,325.00 | | 17,325.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| CONFERENCE IS ON MARCH 18, 2015.  TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM.

DEFENDANT ASSETS NEW VALUE DEFENSES AGAINST SOME OF THE PAYMENTS DURING THE PREFERENCE PERIOD.  IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $17,325 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED LITIGATION COSTS.  ORDER APPROVING COMPROMISE ENTERED JANUARY 8, 2016. | | | | | |
| 187. PREFERENCE - V. HERNANDEZ DISTRIBUTORS (u)

TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS.  AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $16,709.68.  TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. 2:15-AP-01033 RN]  TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550.  THE INITIAL STATUS CONFERENCE IS ON JUNE 4, 2015.  TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM.

DEFAULT JUDGMENT ENTERED JUNE 12, 2015 FOR $16,709.68.  TRUSTEE IS INVESTIGATING WHETHER THE JUDGMENT CAN BE COLLECTED WHICH AT THIS POINT DOES NOT APPEAR | 0.00 | 1,500.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   49

Exhibit 8

| Case No: | 2:13-16651   RK   Judge: ROBERT KWAN |
|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| LIKELY. | | | | | |
| 188. PREFERENCE - B.J. MEATS (u) TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS.  AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $14,333.63.  TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. 2:15-AP-01034 RN]  TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550.  THE INITIAL STATUS CONFERENCE IS ON JUNE 4, 2015.  TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM.  DEFAULT JUDGMENT ENTERED AUGUST 14, 2015 FOR $14,333.63.  TRUSTEE IS INVESTIGATING WHETHER THE JUDGMENT CAN BE COLLECTED WHICH AT THIS POINT APPEARS DOUBTFUL. | 0.00 | 1,500.00 | | 0.00 | FA |
| 189. PREFERENCE - MEG, LLC (u) TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS.  AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $13,663.54.  TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. 2:15-AP-01035 RN]  TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550.  THE INITIAL STATUS | 0.00 | 6,000.00 | | 6,000.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| CONFERENCE IS ON JUNE 4, 2015.  TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM.<br><br>CURRENT DATES:  PRE-TRIAL CONFERENCE ON MARCH 22, 2016.<br><br>DEFENDANT ASSERTS NEW VALUE DEFENSES AGAINST MOST OF THE PAYMENTS DURING THE PREFERENCE PERIOD. IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $6,000 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED LITIGATION COSTS.<br><br>ORDER APPROVING COMPROMISE ENTERED JUNE 13, 2016. | | | | | |
| 190. PREFERENCE - PERRIN BERNARD SUPOWITZ, INC. (u)<br>TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS.  AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $10,898.15.  TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. 2:15-AP-01036 RN]  TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550.  THE INITIAL STATUS CONFERENCE IS ON MARCH 18, 2015.  TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM. | 0.00 | 3,380.00 | | 3,380.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    51

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | | 341(a) Meeting Date: | 04/12/13 |
| | | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| DEFENDANT ASSETS NEW VALUE DEFENSES AGAINST MOST OF THE PAYMENTS DURING THE PREFERENCE PERIOD. HOWEVER, APPROXIMATELY $3,800 WAS NOT COVERED BY THE DEFENSE.  IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $3,380 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED LITIGATION COSTS.<br><br>ORDER APPROVING COMPROMISE ENTERED JULY 29, 2015 | | | | | |
| 191. PREFERENCE - ROSE MEATS SERVICES, INC. ET AL (u)<br>TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS.  AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $11,662.35.  TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. 2:15-AP-01037 RN]  TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550.  THE INITIAL STATUS CONFERENCE IS ON JUNE 4, 2015.  TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM.<br><br>IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $1,500 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED LITIGATION COSTS.  MAJORITY OF THE PAYMENTS WERE ORDINARY COURSE. | 0.00 | 1,500.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    52

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| ORDER APPROVING COMPROMISE ENTERED APRIL 30, 2015 | | | | | |
| 192. PREFERENCE - MANNY'S OFFAL ET AL (u)  TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS.  AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $10,361.41.  TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. 2:15-AP-01038 RN]  TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550.  THE INITIAL STATUS CONFERENCE IS ON MAY 7, 2015.  TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM.  IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $2,500 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED LITIGATION COSTS.  ORDINARY COURSE DEFENSE AVAILABLE FOR TWO OF THREE TRANSFERS DURING THE PREFERENCE PERIOD AND THERE IS A DISPUTE AS TO A THRID TRANSFER IN THE AMOUNT OF $3,960.  ORDER APPROVING COMPROMISE ENTERED JULY 29, 2015 | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 193. PREFERENCE - SHUI-LIN SEAFOOD CORPORATION (u)  TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED | 0.00 | 1,000.00 | | 0.00 | FA |

Ver: 20.00g

**UST Form 101-7-TDR (10/1/2010)** *(Page: 68)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS.  AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $9,276.00.  TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. 2:15-AP-01039 RN]  TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550.  THE INITIAL STATUS CONFERENCE IS ON JUNE 4, 2015.  TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM.<br><br>DEFAULT JUDGMENT ENTERED JUNE 12, 2015 FOR $9,276.  TRUSTEE IS INVESTIGATING WHETHER THE JUDGMENT CAN BE COLLECTED WHICH AT THIS POINT DOES NOT APPEAR LIKELY. | | | | | |
| 194. PREFERENCE - RICHWELL GROUP, INC. (u)<br>    TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS.  AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $9,850.00.  TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. 2:15-AP-01040 RN]  TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550.  THE INITIAL STATUS CONFERENCE IS ON MARCH 18, 2015.  TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM. | 0.00 | 5,175.00 | | 5,175.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $5,175 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED LITIGATION COSTS.<br><br>ORDER APPROVING COMPROMISE ENTERED JANUARY 8, 2016. | | | | | |
| 195. PREFERENCE - DURAZO PORK, INC. (u)<br>TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS.  AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $29,025.77.  TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. 2:15-AP-01041 RN]  TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550.  THE INITIAL STATUS CONFERENCE IS ON JUNE 4, 2015.  TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM.<br><br>IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $15,000 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED LITIGATION COSTS.<br><br>ORDER APPROVING COMPROMISE ENTERED JANUARY 8, 2016 | 0.00 | 15,000.00 | | 15,000.00 | FA |
| | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 196. PREFERENCE - OAK RIVER INSURANCE COMPANY (u) TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS. AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $24,140.00. TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. 2:15-AP-01042 RN] TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550. THE INITIAL STATUS CONFERENCE IS ON MAY 7, 2015. TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM.<br><br>IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $18,105 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED LITIGATION COSTS. THE DIFFERENCE BETWEEN THE AMOUNT CLAIMED AND THE SETTLEMENt AMOUNT REPRESENTS A RETURNED CHECK.<br><br>ORDER APPROVING COMPROMISE ENTERED APRIL 24, 2015 | 0.00 | 18,105.00 | | 18,105.00 | FA |
| 197. PREFERENCE - EMA FOODS CO. INC. ET AL (u) TRANSFERS DURING THE PREFERENCE PERIOD IDENTIFIED THROUGH INVESTIGATION AND ANALYSIS OF DEBTOR'S RECORDS. AMOUNT TRANSFERRED DURING THE 90-DAY PERIOD WAS $430,750.13. TRUSTEE COMMENCED AN ADVERSARY PROCEEDING [CASE NUMBER ADV. | 0.00 | 19,000.00 | | 19,000.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 56

Exhibit 8

| Case No: | 2:13-16651   RK   Judge: ROBERT KWAN |
|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 2:15-AP-01067 RN]  TO AVOID AND RECOVER THE TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550.  THE INITIAL STATUS CONFERENCE IS ON MARCH 18, 2015.  TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM.  IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $19,000 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED LITIGATION COSTS.  ORDER APPROVING COMPROMISE ENTERED NOVEMBER 30, 2015 | | | | | |
| 198. FRAUDULENT TRANSFER - HILARIO NAVARRO ET AL. (u) AFTER REVIEWING SOME OF THE DEBTOR'S BUSINESS RECORDS, TRUSTEE IS INFORMED AND BELIEVES, DEFENDANTS MAY HAVE RECEIVED AVOIDABLE FRAUDULENT TRANSFERS. TRUSTEE ALLEGES THAT DEFENDANTS HAVE DIVERTED ASSETS, INCLUDING BUT NOT LIMITED TO FUNDS FROM DEBTOR'S BANK ACCOUNTS, TO THEMSELVES AND/OR TO OTHERS FOR DEFENDANTS' OWN USE AND BENEFIT.  DEFENDANTS WERE ALL INSIDERS OF DEBTOR PURSUANT TO 11 U.S.C. § 101(31)(B) IN THAT THEY WERE SHAREHOLDERS, DIRECTORS, OFFICERS, EMPLOYEES, AND/OR PERSONS IN CONTROL OF THE DEBTOR DURING ALL RELEVANT TIMES PRIOR TO THE PETITION DATE AND WERE RELATIVES OF DIRECTORS, OFFICERS, OR PERSONS IN | 0.00 | 50,000.00 | | 205,000.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 2:13-16651   RK   Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| CONTROL OF DEBTOR.  WITHIN THE FOUR YEARS BEFORE THE PETITION DATE, DEBTOR, BY AND THROUGH DEFENDANTS, TRANSFERRED FUNDS TO DEFENDANTS IN AN AMOUNT OF AT LEAST $5,736,711.95 FROM THE DEBTOR'S BANK ACCOUNTS.  WITHIN THE TWO YEARS BEFORE THE PETITION DATE, DEBTOR, BY AND THROUGH DEFENDANTS, TRANSFERRED FUNDS TO DEFENDANTS IN AN AMOUNT OF AT LEAST $5,260,994.18 FROM THE DEBTOR'S BANK ACCOUNTS. WITHIN THE YEAR BEFORE THE PETITION DATE, DEBTOR, BY AND THROUGH DEFENDANTS, TRANSFERRED FUNDS TO DEFENDANTS IN AN AMOUNT OF AT LEAST $2,683,033.17 FROM THE DEBTOR'S BANK ACCOUNTS. PURSUANT TO CONVERSATIONS WITH VARIOUS TRADE CREDITORS, TRUSTEE IS INFORMED AND BELIEVES AND BASED THEREON ALLEGES THAT SUBSEQUENT TO FILING ITS PETITION, DEBTOR, BY AND THROUGH DEFENDANTS, TRANSFERRED DEBTORS ASSETS, INCLUDING BUT NOT LIMITED TO FUNDS IN DEBTOR'S BANK ACCOUNTS, TO DEFENDANTS AND OTHERS IN AN AMOUNT PRESENTLY UNKNOWN TO THE TRUSTEE.  ADVERSARY PROCEEDING 2:15-AP-1118 RN TO AVOID AND RECOVER THE TRANSFERS WAS FILED ON MARCH 3, 2015 SEEKING TOTAL RECOVERY OF $5,736,711.95.  TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Exhibit 8**

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| CURRENT DATES:  ANSWER TO COMPLAINT DUE APRIL 2, 2015; STATUS CONFERENCE ON MAY 7, 2015.<br><br>CURRENT DATES:  DISCOVERY CUT-OFF:  MARCH 17, 2016; PRE-TRIAL CONFERENCE:  MARCH 22, 2016.<br><br>THE PARTIES PARTICIPATED IN A MEDIATION WITH THE HONORABLE MEREDITH JURY ON DECEMBER 9, 2016.  THE MATTER DID NOT SETTLE BUT THE PARTIES ARE SCHEDULED TO PARTICIPATE IN A SECOND MEDIATION ON FEBRUARY 13, 2017.<br><br>CURRENT DATES:  NON-EXPERT DISCOVERY CUT-OFF:  APRIL 1, 2017; STATUS CONFERENCE:  APRIL 7, 2017<br><br>SETTLEMENT PENDING.<br><br>ORDER APPROVING COMPROMISE ENTERED JUNE 7, 2017 | | | | | |
| 199. FRAUDULENT TRANSFER -  DOLORES CASTRO (u)<br>    DEFENDANT IS AND, AT ALL RELEVANT TIMES PRIOR TO THE PETITION DATE, WAS A RELATIVE OF A SHAREHOLDER, DIRECTOR, OFFICER, AND/OR PERSON IN CHARGE OF DEBTOR. AS SUCH, DEFENDANT IS AN INSIDER OF DEBTOR. ON OR WITHIN TWO YEARS BEFORE THE PETITION DATE, THE DEBTOR MADE ONE OR MORE TRANSFERS OF AN INTEREST OF THE DEBTOR IN PROPERTY, BY MEANS OF A CHECK, WIRE TRANSFER, CASH, OR THE EQUIVALENT IN AN AGGREGATE AMOUNT NO LESS THAN $327,046.09 DIRECTLY TO OR FOR | Unknown | 50,000.00 | | 205,000.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    59

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| THE BENEFIT OF DEFENDANT.  ON OR WITHIN FOUR YEARS BEFORE THE PETITION DATE, THE DEBTOR MADE ONE OR MORE TRANSFERS OF AN INTEREST OF THE DEBTOR IN PROPERTY, BY MEANS OF A CHECK, WIRE TRANSFER, CASH, OR THE EQUIVALENT IN AN AGGREGATE AMOUNT NO LESS THAN $403,046.09 DIRECTLY TO OR FOR THE BENEFIT OF DEFENDANT.<br><br>ADVERSARY PROCEEDING 2:15-AP-1119 RN TO AVOID AND RECOVER THE TRANSFERS WAS FILED ON MARCH 3, 2015 SEEKING TOTAL RECOVERY OF $403,046.09.  TRUSTEE HAS NOT PROVIDED AN ESTIMATED VALUE AS FURTHER DISCOVERY MAY REVEAL POTENTIAL AFFIRMATIVE DEFENSES AND/OR OTHER FACTS IMPACTING THE VALUATION OF THE CLAIM.<br><br>CURRENT DATES:  ANSWER TO COMPLAINT DUE APRIL 2, 2015; STATUS CONFERENCE ON MAY 7, 2015.<br><br>THE PARTIES PARTICIPATED IN A MEDIATION WITH THE HONORABLE MEREDITH JURY ON DECEMBER 9, 2016.  THE MATTER DID NOT SETTLE BUT THE PARTIES ARE SCHEDULED TO PARTICIPATE IN A SECOND MEDIATION ON FEBRUARY 13, 2017.<br><br>CURRENT DATES:  NON-EXPERT DISCOVERY CUT-OFF:  APRIL 1, 2017; STATUS CONFERENCE:  APRIL 7, 2017<br><br>SETTLEMENT PENDING. | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    60

**Exhibit 8**

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | | 341(a) Meeting Date: | 04/12/13 |
| | | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| ORDER APPROVING COMPROMISE ENTERED JUNE 7, 2017 | | | | | |
| 200. FRAUDULENT TRANSFER - RICHARD BOUCHAKIAN (u)<br>THIS ADVERSARY PROCEEDING IS RELATED TO THE ADVERSARY PROCEEDING IDENTIFIED IN ASSET NUMBER 198 AND THIS RELATES TO ONE AN INDIVIDUAL PARTY DEFENDANT.  AFTER REVIEWING SOME OF THE DEBTOR'S BUSINESS RECORDS, TRUSTEE IS INFORMED AND BELIEVES, DEFENDANT MAY HAVE RECEIVED AVOIDABLE FRAUDULENT TRANSFERS IN THE AMOUNT OF $92,949.67.<br><br>ADVERSARY PROCEEDING 2:15-AP-1118 RN TO AVOID AND RECOVER THE TRANSFERS WAS FILED ON MARCH 3, 2015 SEEKING TOTAL RECOVERY OF $92,949.67.  PLEASE REFER TO ASSET 198 FOR A DETAILED DESCRIPTION OF THE LITIGATION.<br><br>DEFENDANT ASSERTS VARIOUS DEFENSES AND ALL BUT $14,528.50 SEEM TO BE SUUPPORTED BY CONSIDERATION TO THE DEBTOR. IN THE EXERCISE OF HIS REASONABLE BUSINESS JUDGMENT THE TRUSTEE ACCEPTED A SETTLEMENT OF $6,000 AFTER CONSIDERING POTENTIAL DEFENSES AND ANTICIPATED LITIGATION COSTS.<br><br>CURRENT DATES:  DISCOVER CUT-OFF:  DECEMBER 31, 2016;<br>FURTHER STATUS CONFERENCE:  JANUARY 17, 2017;<br>MEDIATION COMPLETION:  JANUARY 17, 2017. | 0.00 | 6,000.00 | | 6,000.00 | FA |

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    61

Exhibit 8

| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| ORDER APPROVING COMPROMISE ENTERED SEPTEMBER 28, 2016 | | | | | |
| 201. PREMIUM REFUND - THE HARTFORD (u) TRUSTEE WAS NOTIFIED THAT THE HARTFORD WAS HOLDING A PRO-RATA REFUND FROM THE CANCELLATION OF AN INSURANCE POLICY.  TRUSTEE OBTAINED TURNOVER. | 0.00 | 217.20 | | 217.20 | FA |
| 202. PREFERENCE - ROSALES MEAT DISTRIBUTORS (u) TRANSFER IDENTIFIED FOLLOWING REVIEW OF DEBTOR'S BANK ACCOUNT RECORDS.  TOTAL AMOUNT RECEIVED WITHIN 90 DAYS OF PETITION DATE WAS $18,000.  ROSALES MEAT DISTRIBUTORS, INC. FILED A CHAPTER 11 BANKRUPTCY PETITON ON NOVEMBER 18, 2014 IN THE CENTRAL DISTRICT OF CALIFORNIA, CASE NUMBER 2:14-31581 ER.  A PROOF OF CLAIM WAS FILED IN THE CASE AND DISTRIBUTIONS WILL BE MADE PURSUANT TO THE FIRST AMENDED LIQUIDATING PLAN [DOCKET NUMBER 223] FILED MARCH 16, 2016 AND APPROVED APRIL 1, 2016 [ DOCKET NUMBER 237]. | 0.00 | 249.79 | | 249.79 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,302,716.56 | $260,102.72 | | $559,602.72 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No: | 2:13-16651   RK   Judge: ROBERT KWAN | | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | | 341(a) Meeting Date: | 04/12/13 |
| | | | Claims Bar Date: | 07/11/13 |

CLOSING SUMMARY:

Case Background and Investigation:

The Debtor operated as a meat and seafood wholesaler and distributor.  Upon reviewing the Petition, Schedules, the
Statement of Financial Affairs, examining the debtor at the section 341(a) meeting, and conducting further
investigation/inquiry into the debtor's financial affairs, including requesting and reviewing financial records and
public records, the Trustee discovered that the Debtor made hundreds of thousands of dollars of transfers to insiders,
suppliers, and other creditors that were potentially avoidable under bankruptcy and state law.

Assets Administered:

Trustee's counsel prepared and served demand letters to seventy-five of the Debtor's trade creditors, demanding the
return of payments made within the three-month period preceding the filing of the bankruptcy case.  Pre-litigation
settlements were negotiated with seven trade creditors, resulting in a recovery of $11,450.73.  Omnibus compromise
motions seeking approval was the order thereafter entered March 8, 2015, docket number 151.

Trustee commenced adversary proceedings against seventeen trade creditors for the avoidance and recovery of preferential
transfers.

Thirteen of the adversary proceedings resulted in settlements. The settlements occurred during various stages of
litigation; several were settled as late as after the pretrial conferences took place. The post-litigation settlements
with the thirteen trade creditors resulted in a recovery of $139,220.00 for the estate. Applicant filed omnibus
compromise motions seeking approval for the settlements and orders approving the settlements were thereafter entered.
Order approving settlements entered April 24, 2015 [docket numbers 158 and 159], April 30, 2015 [docket number 164],
July 29, 2015 [docket number 169], November 30, 2015 [docket number 174], January 8, 2016 [docket number 179], and April
14, 2016 [docket number 189].

Four of the adversary proceedings resulted in default judgments. The default judgments were in the amounts of
$102,449.55, $16,709.68, $14,333.63, and $9,276.00. After obtaining the judgments, they were filed with the California
Secretary of State and recorded in the appropriate counties.  The Trustee determined that further collection efforts

Page:      63

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 2:13-16651 | RK | Judge: ROBERT KWAN | |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | | | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

were not in best interests of the bankruptcy estate.

Two of the trade creditors filed for Chapter 11 bankruptcy relief, both cases filed in the
Central District of California-New Meatco Provisions, LLC ("New Meatco"), 2:13-bk-22155-DS, and Rosales Meat
Distributors, Inc. ("Rosales Meat"), 2:14-bk-31581-ER. Proofs of Claims were prepared and filed in both bankruptcy
cases--$10,709.78 in the New Meatco bankruptcy and $19,000.00 in the Rosales Meat bankruptcy. No distributions have been
made in the New Meatco bankruptcy case. A small interim distribution of $249.79 has been received by the estate from
the Rosales Meat debtor-in-possession.

On March 3, 2015, the Trustee filed his Complaint for: (1)-(5) Avoidance and Recovery of Fraudulent Transfers; (6)
Avoidance and Recovery of Preferential Transfers; (7) Avoidance and Recovery of Unauthorized Post-Petition Transfers;
(8) Turnover and Accounting; (9) Conversion; (10) Imposition of a Constructive Trust; (11) Contribution; (12) Breach of
Fiduciary Duty ("Navarro Complaint") against Hilario Navarro, Edgar Navarro, Margarita Navarro, Richard Bouchakian,
(the "Navarro Adversary") assigned Adv. No. 2:15-ap-1118 RN.

The Navarro Complaint was filed against the insiders of the Debtor, alleging that cash was withdrawn and checks paid
from the Debtor's bank accounts to Hilario Navarro (the Debtor's principal) for the benefit of his community estate with
his wife Margarita Navarro and to his brother Edgar Navarro (who also helped Hilario lead the Debtor's operations), and
at least $92,249.27 to Richard Bouchakian, who was listed as a signatory on at least one of the Debtor's bank accounts.

The Navarro Complaint was later amended on March 17, 2016 to add additional defendants Highland Crest Farms LLC
("Highland Crest") and Banco Popular ("Amended Navarro Complaint"). (The Navarro Complaint and Amended Navarro Complaint
is hereinafter collectively referred to as the "Navarro Complaint".) In discovery, the Trustee discovered accounting
records reflecting payments by the Debtor to Banco Popular for at least $177,000.00 in the four years before the date of
filing to satisfy, in part, Highland Crest's loan obligation to Banco Popular. The accounting records also reflected
payments by the Debtor to other creditors of Highland Crest, like
utility bills, with no apparent benefit or value to the Debtor in exchange. On or around May 23, 2016, the Banco Popular
was dismissed from the adversary proceeding due to the fact that the burden of investigating, obtaining evidence and
otherwise prosecuting the case against Banco Popular outweighed the potential for recovery which was far from certain.

In discovery, Defendant Bouchakian produced evidence of consideration supporting all but $14,528.50 of the $92,249.27
transfers. The Trustee and Defendant Bouchakian entered into a settlement agreement whereby Defendant Bouchakian paid

Ver: 20.00g

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 2:13-16651   RK   Judge: ROBERT KWAN | |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

$6,000.00 in exchange for dismissal of Defendant Bouchakian with prejudice from the adversary proceeding. The settlement was approved by court order entered September 28, 2016 [docket number 201], payment was made, and the case dismissed.

On March 3, 2015, the Trustee filed his Complaint to Avoid and Recover Transfers of Property ("Castro Complaint") against Dolores Castro, Hilario Navarro's sister ("Castro Adversary") assigned Adv. No. 2:15-ap-1119 RN.  The Castro Complaint sought to avoid and recover at least $403,046.09 of payments and transfers made to Defendant Castro. In discovery, the Trustee identified additional payments and transfers to Defendant Castro. The amount of transfers identified over the four-year period totaled $1,377,386.46. In discovery responses, Defendant Castro produced invoices and corresponding payment stubs reflecting payment from the Debtor to Defendant Castro for meat products sold through her trade name Jett Trading. About $375,000.00 of the transfers appeared to be unrelated to the sales through Jett Trading. Defendant Castro took the position that the payments were loan repayments. However, no written loan agreements or records of the loan proceeds being received were produced.

Hundreds of hours were expended to substantiate the receipt of the transfers by the defendants of the Navarro and Castro Adversaries and to analyze the asserted defenses. Many of the transfers were traced. In all, discovery related to the transfers included multiple depositions and a monumental review of the defendants' document production, four years of the Debtor's bank account records, and over 10,000 pages of books and records and communications produced by the Debtor's CPA.

The parties participated in a two-day mediation with the Honorable Meredith A. Jury. During the mediation, both sides participated in extensive negotiations and concessions to achieve a global settlement of both the Navarro and Castro Adversaries in exchange for a $410,000.00 payment to the estate.  In addition, as part of the settlement, the Trustee agreed to Bonanza Foodservice, LLC or its designee ("Bonanza Foodservice") a certain claim that the Debtor scheduled against third party, Rancho Foods ("Rancho Foods Claim") (the "Assignment"). Bonanza Foodservice is an entity created by Defendant Hilario Navarro for the purpose of receiving the Assignment. The Trustee had earlier considered the Rancho Foods Claim and based on his reasonable business judgment decided not to pursue the claim.

On May 10, 2017, the Trustee filed the Trustee's Motion for Order Approving Compromise of Controversy and Approving Form of Settlement Agreement with Hilario Navarro, Edgar Navarro, Margarita Navarro, Dolores Castro, and Highland Crest Farms, LLC. On June 7, 2017, the Court entered its Order Granting Trustee's Motion for Order Approving Compromise of Controversy and Approving Form of Settlement Agreement with Hilario Navarro, Edgar Navarro, Margarita Navarro, Dolores Castro, and Highland Crest Farms, LLC [docket number 212]. Thereafter, the settlement sum of $410,000.00 was paid to the

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

estate and the Navarro and Castro Adversaries were dismissed with prejudice.

Claim Issues:

The Trustee and counsel reviewed the claims filed against the bankruptcy estate and determined that there were unsecured claims filed by Banco Popular (Claim numbers 19 and 20) and Ema Foods (Claim number 27) that needed to be addressed.

On May 25, 2017, a Motion Objecting to claim numbers 19 and 20 were filed. On June 18, 2017 claim numbers 19 and 20 were withdrawn.

On May 24, 2017, a Motion Objecting to claim number 27 was filed.  The court entered its Order on July 6, 2017 sustaining the Trustee's objection and reclassifying as an allowed tardy general unsecured claim.

Tax Issues:

All estate tax returns have been filed.  The bankruptcy estate did not owe any income taxes except for annual Franchise Tax Board fees.  The administrative tax claim filed by the Franchise Tax Board is provided for in the Trustee's proposed distribution and will be paid at closing.  The taxing authorities do not accept prompt determination requests because the debtor was a "Sub Chapter S Corporation." Tax clearance letters are not issued for pass through entities.

Distribution to Creditors:

The trustee's administration of this estate is resulting in a 8.4% dividend to the general unsecured creditors with timely filed claims after full payment to the priority unsecured creditors.  Trustee's special litigation counsel, Levinson Arshonsky & Kurtz, LLP agreed to subordinate its fees and expenses to all other Chapter 7 administrative and $100,000 combined for allowed priority unsecured claims and general unsecured claims.  The Trustee believes this is a reasonably exercise of billing judgment.

Professionals:

The Trustee determined, in his reasonable business judgment, that the issues involving the preferential and fraudulent transfer claims warranted obtaining legal counsel.  The Trustee retained Levinson Arshonsky& Kurtz, LLP as special

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    66

Exhibit 8

| | | |
|---|---|---|
| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

counsel and an Order Authorizing Employment was entered on February 25, 2014 effective September 25, 2013.  The final fee application is docket number 226.

The Trustee retained Donald T. Fife, CPA of Hahn Fife & Company, LLP as the estate's accountant to provide forensic consulting in connection with the adversary proceeding and to prepare the necessary corporate tax returns for fiscal years ended December 31, 2014 thru December 31, 2016.  The Order Authorizing Employment was entered April 7, 2016.  The final fee application is docket number 227.

Trustee's Fee:

The Trustee submits that he effectively and efficiently administered this bankruptcy estate and therefore respectfully requests that pursuant to 11 U.S.C. §§ 326(a) and 330(a)(7) that a statutory fee/commission be allowed in the amount of $31,230.14.  The requested fee is calculated on compensable receipts/disbursements of $559,602.72 as follows:

25% of the first $5,000 =    $ 1,250.00
10% of the next $45,000 = $ 4,500.00
5% of the next $950,000 = $25,480.14
Total Fee:  $31,230.14

Bank Service Fees:

Pursuant to General Order 11-02, the Trustee has incurred and paid bank fees and charges directly related to the administration of the estate in the amount of $6,215.60.  The Trustee seeks approval of this amount pursuant to 11 U.S.C. § 330.

Expenses:

The Trustee is requesting the nominal sum of $107.50 for photocopies, postage, parking and attorney service delivery fees.

PROCEDURAL SUMMARY THROUGH SEPTEMBER 30, 2017:

The Trustee's Final Report is in the final phase of preparation and will be filed before October 31, 2017.

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 2:13-16651   RK   Judge: ROBERT KWAN | |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

PROCEDURAL SUMMARY THROUGH MARCH 31, 2017:

The ongoing litigation involving assets number 198 and 199 was settled at the mediation on February 13, 2017. The settlement agreements are currently being finalized and once approved the Trustee will be in a postion to commence case closing. The Trustee does not anticipate that tax issues or claims issues will delay closing.

PROCEDURAL SUMMARY THROUGH DECEMBER 31, 2016:

Litigation is ongoing. There were originally a total of 20 adversary proceedings. Many of the cases have been resolved through settlements approved by the court. Default jugments were entered in five of the cases as set forth in the detail for the individual assets. Asset numbers 198 and 199 are the remaining cases being actively litigated and the current status accompanies the individual asset. The parties in both cases are scheduled for a second mediation on February 13, 2017. The Trustee does not anticipate that tax issues or claims issues will delay closing.

PROCEDURAL SUMMARY THROUGH MARCH 31, 2016:

Litigation is ongoing. There were originally a total of 20 adversary proceedings. Many of the cases have been resolved through settlements approved by the court. Default jugments were entered in five of the cases as set forth in the detail for the individual assets. Asset numbers 189, 198 and 199 are the remaining cases being actively litigated and the current status accompanies the individual asset.

The Trustee filed an application to employ Hahn, Fife & Company, LLP and the order authorizing employment was entered April 7, 2016.

The Trustee does not anticipate that claims issues or tax issues will impact closing.

PROCEDURAL SUMMARY THROUGH MARCH 31, 2015:

The Trustee commenced commenced 20 adversary proceedings to avoid and recover preferences and fraudulent transfers. In additon, the Trustee entered into seven settlements of preference claims without litigation. Please refer to assets 173 thru 199 for a description of the current status of each avoidance action being administered.

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   68

Exhibit 8

| | |
|---|---|
| Case No: | 2:13-16651   RK   Judge: ROBERT KWAN |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

The Trustee has obtained pre-petiion financial records from the debtor and is now in the process of obtaining additional records directly from the banks to identify potential preferences and fraudulent transfers.  The Trustee retained Levinson, Arshonsky & Kurtz, LLP as Special Litigation Counsel and Order Approving Application to Employ entered on February 25, 2014.  The Trustee's investigation is ongoing.

The Trustee does not anticipate that claims issues or tax issues will impact closing.

PROCEDURAL SUMMARY THROUGH MARCH 31, 2014:

The Trustee has obtained pre-petiion financial records from the debtor and is now in the process of obtaining additional records directly from the banks to identify potential preferences and fraudulent transfers.  The Trustee retained Levinson, Arshonsky & Kurtz, LLP as Special Litigation Counsel and Order Approving Application to Employ entered on February 25, 2014.  The Trustee's investigation is ongoing.

The Trustee does not anticipate that claims issues or tax issues will impact closing.

October 10, 2017, 11:09 am   Receive and reivew revised application for fees of attorney; draft related correspondence.

September 19, 2017, 11:51 am Filed Notice to Professionals

September 12, 2017, 11:21 am Receive and review bank statement and reconcile account.

August 23, 2017, 08:45 am   Receive and review estate tax returns; review Franchise Tax Board Claims.

August 16, 2017, 03:29 pm   Draft correspondence to D. Fife re: preparation of tax returns.

August 09, 2017, 03:20 pm Receive and review bank statement and reconcile account.

July 11, 2017, 04:38 pm Receive and review bank statement and reconcile account.

June 08, 2017, 09:26 am Receive and review Order Granting Motion Approving Compromise with Hilario Navarro, Egar Navarro, Margarita Navarro, Dolores Castro and Highland Crest Farms, LLC entered June 7, 2017

June 07, 2017, 02:44 pm Receive and review bank statement and reconcile account.

May 20, 2017, 06:53 am   Receive and review revised objection to Ema Foods claim; draft related correspondence.

May 17, 2017, 03:51 pm   Receive and review objection to claim re: Ema Foods; draft realted correspondence.

May 14, 2017, 07:25 am   Receive and review objection to claim re: Banco Popular; draft related correspondence.

May 09, 2017, 04:13 pm Receive and review bank statement and reconcile account.

May 09, 2017, 11:48 am   Receive and review Motion to Compromise re Navarro and Castro; draft related correspondence to

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | | 341(a) Meeting Date: | 04/12/13 |
| | | | Claims Bar Date: | 07/11/13 |

A. Lee.

April 12, 2017, 02:10 pm Receive and review bank statement and reconcile account.

March 13, 2017, 02:16 pm Receive and review bank statement and reconcile account.

February 27, 2017, 11:50 am   Draft correspondence to Hartford Insurance re: unclaimed insurance refund.

February 14, 2017, 12:59 pm Receive and review bank statement and reconcile account.

February 14, 2017, 10:28 am   Draft correspondence to R. Martin re: 2012 and 2013 tax returns.

February 13, 2017, 04:30 pm  Attend mediation.

January 11, 2017, 02:55 pm Receive and review bank statement and reconcile account.

January 06, 2017, 12:10 pm   Receive and review defendant's supplemental mediation materials; draft related
correspondence to L. Eropkin.

December 12, 2016, 10:40 am   Draft correspondence to D. Fife re: IRS credit notice debtor provided at mediation.

December 09, 2016, 05:03 pm   Attend Mediation

December 07, 2016, 03:03 pm  Recieve and review bank statement and reconcile account.

November 17, 2016, 09:16 am   Receive and review responses to request for production; draft related correspondence to L.
Eropkin.

November 16, 2016, 03:02 pm   Receive and review interrogatory responses and requests for admission; draft related
correspondence to L. Eropkin.

November 09, 2016, 02:40 p.m.Recieve and review bank statement and reconcile account.

October 28, 2016, 12:34 pm   Telephone conference with L. Eropkin re: status of litgiation and ongoig discovery.

October 10, 2016, 2:25 pm Recieve and review bank statement and reconcile account.

September 12, 2016, 3:00 pm Recieve and review bank statement and reconcile account.

August 29, 2016, 07:38 pm   Receive and review compromise agreement re: Richard Bouchakian; draft related
correspondence.

August 16, 2016, 02:48 pm   Receive and review settlement agreement re: Bouchakian; draft related correspondence.

August 09, 2016, 03:15 pm Recieve and review bank statement and reconcile account.

July  07, 2016, 03:13 pm  Receive and review bank statement and reconcile account.

June 16, 2016, 11:08 am   Draft correspondence to L. Eropkin re: settlement strategy.

June 14, 2016, 09:59 am Receive and review Order Approving Compromise of Controversy with MEG LLC entered June 13, 2016

June 10, 2016, 02:13 pm Review bank statement and reconcile account.

May 12, 2016, 05:47 pm Review bank statement and reconcile account.

May 09, 2016, 07:44 pm   Receive and review Motion to Compromise re: MEG; draft related correspondence.

May 09, 2016, 05:57 pm   Attend meeting with S. Kurtz and E. Speiser re: litigation.

**FORM1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    70

Exhibit 8

| | | |
|---|---|---|
| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | |

Trustee Name:    JASON M. RUND, TRUSTEE

Date Filed (f) or Converted (c):    03/14/13 (f)

341(a) Meeting Date:    04/12/13

Claims Bar Date:    07/11/13

May 02, 2016, 01:57 pm   Receive and review final version of Settlement Agreement and Stipulated Judgment re: MEG LLC; drat related correspondence.

April 15, 2016, 08:47 am Receive and review Order Granting Trustee's Motion for Order Approving Compromise with AAA Oil, Inc entered April 14, 2016

April 13, 2016, 04:50 pm Review bank statement and reconcile account.

April 08, 2016, 09:26 am Receive and review Order Granting Application to Employ Hahn Fife & Company LLP as Accountant entered April 7, 2016

April 06, 2016, 02:59 pm   Telephone conference with S. Kurtz and L. Eropkin re: status of litigation and strategy.

March 18, 2016, 10:23 pm   Receive and review Motion to Compromise re: AAA Oil; draft related correspondence to A. Lee.

March 17, 2016, 08:14 pm   Receive and review Settlement Agreement re:  AAA Oil  and Stipulation for Entry of Judgments; draft related correspondence to A. Lee.

March 14, 2016, 02:31 pm Review bank statement and reconcile account.

March 01, 2016, 01:33 pm   Receive and review responsed to interrogatories, requests for admission and requests for production propunded by Dolores Castro.

February 28, 2016, 07:18 pm   Receive and review application to employ accountants; draft related correspondence.

February 17, 2016, 04:22 pm   Receive and review correspondence from L. Eropkin re: amending complaint; related telephone conference with A. Manalli.

February 10, 2016, 04:12 pm Review bank statement and reconcile account.

January 29, 2016, 10:46 am   Receive and review requests for production, interrogatories and requests for admisssion propounded by Edgar Navarro, Margarita Navarro and Hilario Navarro; draft related correspondence to L. Eropkin.

January 14, 2016, 03:07 pm Review bank statement and reconcile account.

January 11, 2016, 09:57 am Receive and review Order Granting Omnibus Motion for Order Approving Compromise of Claima nd Approving Form of Richmoore Holding, Inc., Richwell Group, Inc and Durazo Pork, Inc. entered January 8, 2016

December 11, 2015, 01:39 pm Review bank statement and reconcile account.

December 09, 2015, 06:35 am   Receive and review compromise motion re: Durazo Pork, Richmoroe and Richwell; draft related correspondence to A. Lee.

December 02, 2015, 10:32 am   Telephone conference with L. Eropkin and D. Fife re: debtor's books and records.

November 12, 2015, 03:46 pm Review bank statement and reconcile account.

November 05, 2015, 10:39 am   Receive and review

November 03, 2015, 06:51 pm   Reciekve and review Motion to Compromise re: Emma Foods and Western Food Brokers; draft related correspondence.

October 16, 2015, 11:37 am   Receive and review settlement agreement re: Emma Foods; draft related correspondence to A.

**UST Form 101-7-TDR (10/1/2010)** *(Page: 86)*

Ver: 20.00g

**FORM 2**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    71

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

Lee.

October 14, 2015, 09:14 pm  Receive, review and reply to correspondence from L. Eropkin re: Dolores Castro dba Jet Trading Adversary; draft related correspondence to D. Fife.

October 13 2015, 02:51 pm Review bank statement and reconcile account.

October 13, 2015, 10:52 am  Receive, review and respond to correspondence from A. Lee re: general release in Richmore settlement agreement.

September 15, 2015, 09:40 am  Receive and review Settlement Agreement with Western Food Brokers; draft related correspondence to A. Lee.

September 15 2015, 09:31 am  Review bank statements and reconcile accounts.

August 12, 2015, 04:24 pm  Review bank statements and reconcile accounts.

August 06, 2015, 02:16 pm   Telephone conference with A. Lee re: Western Food Brokers re: for $3,700 with proof of claim.

July 20, 2015, 12:45 pm   Receive and review correspondence from BJ Meats entity status; draft related correspondence to A. Lee.

July 13, 2015, 10:46 am  Review bank statements and reconcile account.

July 01, 2015, 10:39 pm  Receive and review Motion for Default Judgment re: BJ Meats; draft realted correspondence to A. Lee.

June 22, 2015, 10:11 pm   Receive and review Motion to Compromise re: Vandif, Individual Food, and Manny's Offal; draft related correspondence to A. Lee.

June 09, 2015, 04:51 pm   Receive and review correspondence from A. Manilii re: meeting with counsel for Navarro and Castro; receive and review discovery responses re: Richard Bouchakiansl draft related correspondence.

June 09, 2015, 03:22 pm  Review bank statements and reconcile account.

June 09, 2015, 12:07 pm   Receive and review discovery responses re: Emma Foods; draft related correspondence to A. Lee.

June 07, 2015, 09:03 pm   Receive and review settlement agreement re: Perrin Bernard Supowitz Inc., dba Individual Food Service ; draft related correspondence to A. Lee.

May 15, 2015,12:07 pm Review bank statements and reconcile account.

May 12, 2015, 09:58 am  Attend mediation re: Ema Foods; review related documents.

May 07, 2015, 08:28 pm   Receive, review and respond to correspondence from A. Manalili re: Jett Trading, Navarro and Castro status conferences.

April 27, 2015, 01:42 pm   Receive and review Motions for Default Judgment against Josefina Avila/Bronco Meats, MEGLLC, Shui Lin Seafood Corporation, Hernandez Distributors and Vandif Specialty Foods; draft related correspondence to A. Lee.

April 14, 2015, 05:45 pm   Receive, review and respond to correspondence from A. Manalli re: outcome on Rule 26

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 2:13-16651   RK   Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

conference for the Castro and Navarro/Bouchakian cases and proposed mediation before extensive discovery.

April 14, 2015,1:37 pm Review bank statements and reconcile account.

March 30, 2015, 08:23 pm   Receive and review Motion to Compromise re: Delta Refrigeration and Rose Meat; draft related correspondence to A. Lee.

March 20, 2015, 09:14 am Receive and review Order Granting Omnibus Motion for Order Approving Compromise entered March 18, 2015

March 16, 2015, 02:10 pm   Receive and review Motion to Compromise re: Ideal Foods; draft related correspondence to A.. Lee.

March 13, 2015, 02:52 pm Review bank statements and reconcile account.

March 12, 2015, 07:06 am   Receive and review Motion to Compromise re: Oak River Insurance; draft related correspondence to A. Lee.

March 10, 2015, 01:40 pm   Receive, review and respond to mutliple correspondence from A. Lee re: settlement strategy re: Ideal Meats; settled for $20,000.

March 02, 2015, 02:18 pm   Receive and review draft complaint against Hillario Navaro, Edgar Navarro, Margarita Navarro and Richard Bouchakian; draft related correspondence to L. Eropkin.

February 17, 2015, 02:59 pm Review bank statements and reconcile account.

February 10, 2015, 01:31 pm   Further review of Motion to Compromise; draft related correspondence to A. Lee.

February 05, 2015, 09:33 pm   Receive and review Motion to Compromise re: International Casings Group, Inc.; (2) Plast Techs Enterprises, Inc. ; (3) Central Meat Provisions (; (4) Del Real, LLC ; (5) Lynn Beef, Inc. ; (6) Sigma Plastics, Inc. ; and (7) Standard Fisheries Corporation; dratf related correspondence to A. Lee.

January 27, 2015, 07:50 am   Receive and review Standard Fish Settlement Agreement; draft related correspondence to A. Lee.

January 20, 2015, 04:08 pm   Receive and review form Settlement Agreement for preference actions; draft related correspondence to A. Lee.

January 15, 2015  04:32 pm Review bank statements and reconcile account.

January 13, 2015, 01:24 pm   Telephone conference with A. Lee re: City of Vernon and Banco Popular.

December 31, 2014, 11:58 am   Telephone conference with A. Lee re: framework for preference complaints; elimiating fraudulent transfer claims.

December 15, 2014  02:55 pm Review bank statements and reconcile account.

October 28, 2014, 02:17 pm   Receive and review updated financail records from debtor; draft related correspondence to S. Kurtz and A. Lee

October 13, 2014, 03:49 pm Receive and review attorney billing statement through 09-30-14.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/14/13 (f) |
| 341(a) Meeting Date: | 04/12/13 |
| Claims Bar Date: | 07/11/13 |

October 13, 2014, 02:16 pm   Telephone conference with A. Lee re: 90-day transfer of approximately $2,000,000 in 90-days, 85 creditors over $1,000.

September 17, 2014, 03:49 pm Receive and review attorney billing statement through 08-31-14.

September 17, 2014, 10:19 am   Receive and review account transfer analysis; related telephone conference with S. Kurtz.

August 09, 2014, 06:23 am   Receive and review correspondence from A. Lee to Bank of America confirming documents will be produced by August 22, 2014.

July 21, 2014, 06:09 pm   Receive and review Motion for 2004 Examination oif Banco Popular; draft related correspondence to N. Lessard.

July 11, 2014, 04:39 pm Receive and review attorney billing statement thru 06-30-14

May 20, 2014, 08:47 pm   Receive and review Motion for 2004 Examination of Bank of America; draft related correspondence to A. Lee.

May 01, 2014, 01:45 pm   Receive and review correspondence from counsel to Bank of America requesting documents.

April 13, 2014, 10:31 am Receive and Review attorney billing statement thru 03-31-14

March 13, 2014, 10:28 am Receive and Review attorney billing statement thru 02-28-14.

March 11, 2014, 02:04 pm Continued: Review

February 26, 2014, 08:57 am Receive and review Order Granting Application to Employ Levinson, Arshonsky & Kurtz as Special Litigation Counsel entered February 25, 2014

February 14, 2014, 02:07 pm Continued: Review

January 27, 2014, 03:38 pm Continued: Review

January 14, 2014, 11:35 am   Recieve and review supplement to application to employ counsel; related telephone conference with L. Eropkin.

January 13, 2014, 03:57 pm   Telephone conference with E. Speiser and S. Kurtz re: avoidance issues and other claims.

January 09, 2014, 02:52 pm   Meeting with Elliot Speiser re: avoidance issues and Bibby.

January 08, 2014, 05:11 pm   Meeting with Steve Magdow, Frank Celano and John McDonald of Rancho Foods.

December 30, 2013, 04:43 pm Continued: Review

December 21, 2013, 08:51 pm   Draft correspondence to E. Elliot Speiser and Rancho Foods re: meetings.

December 20, 2013, 09:53 am Receive and review Order re: Application to Employ Levinson Arshonsky & Kurtz as Special Litigation Counsel entered December 19, 2013

December 11, 2013, 02:42 pm Continued: Review

November 25, 2013, 01:09 pm   Receive and review reply to opposition to employment application; draft related correspondence to L. Eropkin.

November 20, 2013, 04:54 pm Continued: Review

**FORM 3**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    74

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 2:13-16651    RK    Judge: ROBERT KWAN | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Date Filed (f) or Converted (c): | 03/14/13 (f) |
| | | 341(a) Meeting Date: | 04/12/13 |
| | | Claims Bar Date: | 07/11/13 |

October 28, 2013, 04:55 pm Continued: Review

October 21, 2013, 04:19 pm    Receive and review amended application to employ; draft realted correspondence to L. Eropkin.

October 04, 2013, 01:02 pm Continued: Receive and review application to employ counsel; draft related correspondence to L. Eropkin.

September 12, 2013, 04:32 pm Continued: Amend Schedule B

August 22, 2013, 04:22 pm    Draft correspondence to debtor's counsel re: vehicle registration.

August 21, 2013, 01:57 pm Continued: Review

July 31, 2013, 03:48 pm Continued: Review

July 10, 2013, 04:44 pm Continued: Review

June 18, 2013, 04:48 pm Continued: Review

May 22, 2013, 02:38 pm Continued: disbursement report in date order

May 02, 2013, 04:56 pm Continued: Detailed description with supporting documentation for claims against Bibby and Rancho, list of inventory and fixtures, bank statements for one year prior to filing, current balance sheet and General Ledger

April 29, 2013, 10:16 am Receive and review MFR filed by Bibby Financial Services

April 19, 2013, 01:24 pm Continued: Detailed description with supporting documentation for claims against Bibby and Rancho, list of inventory and fixtures, bank statements for one year prior to filing, current balance sheet and General Ledger

Initial Projected Date of Final Report (TFR): 02/28/16          Current Projected Date of Final Report (TFR): 12/31/17

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    1

**Exhibit 9**

| Case No: | 2:13-16651  -RK | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******1393  Checking Account |

| Taxpayer ID No: | *******7913 | | |
| For Period Ending: | 03/31/18 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/07/14 | 173 | International Casings Group, Inc. 4420 S. Wolcott Avenue Chicago, IL 60609 | Payment pursuant to compromise | 1241-000 | 2,016.00 | | 2,016.00 |
| 11/10/14 | 174 | Plast Techs Enterprises, Inc. 5636 East 61st Street Commerce, CA 90040 | Payment pursuant to compromise | 1241-000 | 1,647.28 | | 3,663.28 |
| 12/10/14 | 175 | Central Meat Provisions 13564 Central Avenue Chino, CA 91710 | Payment pursuant compromise | 1241-000 | 1,071.43 | | 4,734.71 |
| 12/23/14 | 176 | Del Real, LLC 11041 Inland Avenue Mira Loma, CA 91752 | Payment pursuant compromise | 1241-000 | 1,000.00 | | 5,734.71 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 5,719.71 |
| 01/12/15 | 177 | Lynn Beef, Inc. 700 Monterey Pass Road Monterey Park, CA 91754 | Payment pursuant to compromise | 1241-000 | 1,219.62 | | 6,939.33 |
| 01/15/15 | 040001 | International Sureties, LTD 701 Poydras Street., Suite 420 New Orleans, LA 70139 | Bond Payment. Bond Number 016030867 Issued pursuant to Local Rule 2016-2(b)(1) | 2300-000 | | 8.56 | 6,930.77 |
| 01/21/15 | 178 | Sigma Plastic, Inc. 235 S. 9th Avenue City of Industry, CA 91746 | Payment pursuant to compromise | 1241-000 | 3,596.40 | | 10,527.17 |
| 01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 10,512.17 |
| 02/17/15 | 179 | Standard Fisheries Coporation P.O. Box 1946 San Pedro, CA 90733 | Payment pursuant to compromise | 1241-000 | 900.00 | | 11,412.17 |
| 02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 11,397.17 |
| 03/06/15 | 196 | Oak River Insurance Company | Payment pursuant to compromise | 1241-000 | 18,105.00 | | 29,502.17 |

| | | Page Subtotals | 29,555.73 | 53.56 | |

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 91)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 2:13-16651  -RK | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******1393  Checking Account |

Taxpayer ID No: *******7913
For Period Ending: 03/31/18

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 525 Market Street, Suite 3110 | | | | | |
| | | San Francisco, CA 94105 | | | | | |
| 03/16/15 | 182 | Ideal Meat & Provisions | Payment pursuant to compromise | 1241-000 | 20,000.00 | | 49,502.17 |
| | | 18425 Parthenia Place | | | | | |
| | | Northridge, CA 91324 | | | | | |
| 03/17/15 | | International Sureties, LTD | Bond Refund | 2300-000 | | -3.21 | 49,505.38 |
| | | 701 Poydras Street., Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 49,490.38 |
| 04/23/15 | 040002 | International Sureties, LTD | Bond Payment. Bond Number 016030867 | 2300-000 | | 17.63 | 49,472.75 |
| | | 701 Poydras Street., Suite 420 | Issued pursuant to Local Rule 2016-2(b)(1) | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/24/15 | 180 | Delta Refrigeration Corporation | Payment toward compromise | 1241-000 | 3,500.00 | | 52,972.75 |
| | | 3723 San Gabriel River Parkway, Suite E | | | | | |
| | | Pico Rivera, CA 90660 | | | | | |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 51.28 | 52,921.47 |
| 05/01/15 | 192 | Manny's Offal | Payment pursuant to compromise | 1241-000 | 2,500.00 | | 55,421.47 |
| | | P.O. Box 58403 | | | | | |
| | | Los Angeles, CA 90058 | | | | | |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 71.84 | 55,349.63 |
| 05/29/15 | 180 | Delta Refrigeration Corporation | Final payment | 1241-000 | 3,500.00 | | 58,849.63 |
| | | 3723 San Gabriel River Pkwy, Sute E | pursuant to compromise | | | | |
| | | Pico Rivera, CA 90660 | | | | | |
| 06/05/15 | 184 | Vandif Specialty Foods, Inc. | Payment pursuant to compromise | 1241-000 | 3,500.00 | | 62,349.63 |
| | | 2458 Lee Avenue | | | | | |
| | | South El Monte, CA 91733 | | | | | |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 81.99 | 62,267.64 |
| 06/30/15 | 190 | Individual Food Service | Payment pursuant to compromise | 1241-000 | 3,380.00 | | 65,647.64 |
| | | Division of Perrin Bernard Supowitz,Inc. | | | | | |

Page Subtotals  36,380.00  234.53

Ver: 20.00g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

Case No:          2:13-16651  -RK

Case Name:    BONANZA FOODS AND PROVISIONS, INC.

Taxpayer ID No:    *******7913

For Period Ending:   03/31/18

Trustee Name:       JASON M. RUND, TRUSTEE

Bank Name:           UNION BANK

Account Number / CD #:      *******1393  Checking Account

Blanket Bond (per case limit):   $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 5496 Lindbergh Lane | | | | | |
| | | Bell, CA 90201 | | | | | |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 88.48 | 65,559.16 |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 97.55 | 65,461.61 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 97.41 | 65,364.20 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 94.13 | 65,270.07 |
| 11/03/15 | 197 | Ema Foods Co. LLC | Payment pursuant to compromise | 1241-000 | 19,000.00 | | 84,270.07 |
| | | P.O. Box 4135 | | | | | |
| | | Tupelo, MS 38803 | | | | | |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 97.12 | 84,172.95 |
| 12/10/15 | 181 | Western Brokers, Inc. | Payment toward compromise | 1241-000 | 3,700.00 | | 87,872.95 |
| | | P.O. Box 15547 | | | | | |
| | | Newport Beach, CA 92659 | | | | | |
| 12/16/15 | 195 | Durazo Pork, Inc. | Payment toward compromise | 1241-000 | 2,500.00 | | 90,372.95 |
| | | 1261 6th Street, Suite 9 | | | | | |
| | | Norco, CA 92860 | | | | | |
| 12/16/15 | 195 | Durazo Pork, Inc. | Payment toward compromise | 1241-000 | 2,500.00 | | 92,872.95 |
| | | 1261 6th Street, Suite 9 | | | | | |
| | | Norco, CA 92860 | | | | | |
| 12/18/15 | 186, 194 | Richmore Holding, Inc. | Payment pursuant to compromise | 1241-000 | 22,500.00 | | 115,372.95 |
| | | dba Queen Seafoood | | | | | |
| | | 418 9th Avenue | | | | | |
| | | City of Industry, CA 91745 | | | | | |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 118.45 | 115,254.50 |
| 01/07/16 | 195 | Durazo Pork, Inc. | Payment toward compromise | 1241-000 | 2,500.00 | | 117,754.50 |
| | | 1261 6th Street, Suite 9 | | | | | |
| | | Norco, CA 92860 | | | | | |
| 01/11/16 | 040003 | International Sureties, LTD | Bond Payment - Bond Number 01603086 | 2300-000 | | 64.76 | 117,689.74 |
| | | 701 Poydras Street., Suite 420 | Issued pursuant to Local Bankruptcy Rule 2016-2(c) | | | | |

Page Subtotals          52,700.00          657.90

Ver: 20.00g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 2:13-16651 -RK | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******1393  Checking Account |
| Taxpayer ID No: | *******7913 | | |
| For Period Ending: | 03/31/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70139 | | | | | |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 144.27 | 117,545.47 |
| 02/04/16 | 195 | Durazo Pork, Inc. | Payment toward compromise | 1241-000 | 2,500.00 | | 120,045.47 |
| | | 1261 6th Avenue, Suite 9 | | | | | |
| | | Norco, CA 92860 | | | | | |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 173.60 | 119,871.87 |
| 03/07/16 | 195 | Durazo Pork, Inc. | Payment toward compromise | 1241-000 | 2,500.00 | | 122,371.87 |
| | | 1261 6th Street, Suite 9 | | | | | |
| | | Norco, CA 92860 | | | | | |
| 03/14/16 | 040004 | International Sureties, LTD | Bond Payment- Bond Number 016030867 | 2300-000 | | 7.98 | 122,363.89 |
| | | 701 Poydras Street., Suite 420 | Issued pursuant to Local Bankruptcy Rule 2016-2(c) | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/24/16 | 185 | AAA Oil, Inc. | Payment toward compromise | 1241-000 | 2,000.00 | | 124,363.89 |
| | | dba California Fuels & Lubricants | | | | | |
| | | 11621 Westminister Avenue | | | | | |
| | | Garden Grove, CA 92843 | | | | | |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 165.94 | 124,197.95 |
| 04/04/16 | 185 | AAA Oil, Inc. | Payment toward compromise | 1241-000 | 1,800.00 | | 125,997.95 |
| | | dba California Fuels and Lubricants | | | | | |
| | | 11621 Westminster Avenue | | | | | |
| | | Garden Grove, CA 92843 | | | | | |
| 04/05/16 | 195 | Durazo Pork, Inc. | Payment toward compromise | 1241-000 | 2,500.00 | | 128,497.95 |
| | | 1261 6th Street, Suite 9 | | | | | |
| | | Norco, CA 92860 | | | | | |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 181.15 | 128,316.80 |
| 05/02/16 | 185 | AAA Oil, Inc. | Payment toward compromise | 1241-000 | 1,800.00 | | 130,116.80 |
| | | dba California Fuels & Lubricants | | | | | |
| | | 11621 Westminister Avenue | | | | | |
| | | Garden Grove, CA 92843 | | | | | |

| | | Page Subtotals | 13,100.00 | 672.94 | |
|---|---|---|---|---|---|

Ver: 20.00g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 2:13-16651 -RK | | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******1393  Checking Account |
| Taxpayer ID No: | *******7913 | | | |
| For Period Ending: | 03/31/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/03/16 | 189 | MEG LLC<br>P.O. Box 583<br>Pacific Palisades, CA 90272 | Payment toward compromise | 1241-000 | 1,000.00 | | 131,116.80 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 183.33 | 130,933.47 |
| 06/01/16 | 189 | MEG LLC<br>P.O. Box 583<br>Pacific Palisades, CA 90272 | Payment toward compromise | 1241-000 | 1,000.00 | | 131,933.47 |
| 06/01/16 | 185 | AAA Oil, Inc.<br>DBA California Fuels & Lubricants<br>11621 Westminster Avenue<br>Garden Grove, CA 92843 | Payment toward compromise | 1241-000 | 1,800.00 | | 133,733.47 |
| 06/27/16 | 185 | AAA Oil, Inc.<br>DBA California Fuels & Lubricants<br>11621 Westminster Avenue<br>Garden Grove, CA 92843 | Payment toward compromise | 1241-000 | 1,800.00 | | 135,533.47 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 193.97 | 135,339.50 |
| 07/11/16 | 189 | MEG LLC<br>P.O. Box 583<br>Pacific Palisades, CA 90272 | Payment toward compromise | 1241-000 | 1,000.00 | | 136,339.50 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 191.92 | 136,147.58 |
| 08/01/16 | 185 | AAA Oil, Inc.<br>DBA California Fuels & Lubricants<br>11621 Westminster Avenue<br>Garden Grove, CA 92843 | Payment toward compromise | 1241-000 | 1,800.00 | | 137,947.58 |
| 08/04/16 | 189 | MEG LLC<br>P.O. Box 583<br>Pacific Palisades, CA 90272 | Payment toward compromise | 1241-000 | 1,000.00 | | 138,947.58 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 201.50 | 138,746.08 |
| 08/30/16 | 200 | RDB Consulting, Inc.<br>2131 Lenore Drive | Payment toward compromise | 1241-000 | 3,000.00 | | 141,746.08 |

Page Subtotals     12,400.00     770.72

Ver: 20.00g

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 2:13-16651  -RK |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. |
| Taxpayer ID No: | *******7913 |
| For Period Ending: | 03/31/18 |

| | |
|---|---|
| Trustee Name: | JASON M. RUND, TRUSTEE |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******1393  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Glendale, CA 91206 | | | | | |
| 09/09/16 | 189 | MEG LLC | Payment toward compromise | 1241-000 | 1,000.00 | | 142,746.08 |
| | | PO Box 583 | | | | | |
| | | Pacific Palisades, CA 90272 | | | | | |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 205.75 | 142,540.33 |
| 10/07/16 | 189 | MEG LLC | Payment toward compromise | 1241-000 | 1,000.00 | | 143,540.33 |
| | | PO Box 583 | | | | | |
| | | Pacific Palisades, CA 90272-2249 | | | | | |
| 10/25/16 | 200 | RDB Consulting, Inc. | Payment toward compromise | 1241-000 | 3,000.00 | | 146,540.33 |
| | | 2131 Lenore Drive | | | | | |
| | | Glendale, CA 91206 | | | | | |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 204.18 | 146,336.15 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 213.08 | 146,123.07 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 209.85 | 145,913.22 |
| 01/25/17 | 040005 | International Sureties, LTD | Bond Payment- Bond Number 016030867 | 2300-000 | | 76.17 | 145,837.05 |
| | | 701 Poydras Street., Suite 420 | Issued pursuant to Local Bankruptcy Rule 2016-2(c) | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 216.54 | 145,620.51 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 216.79 | 145,403.72 |
| 03/13/17 | 201 | Hartford Fire Insurance Company | Insurance premium refund | 1229-000 | 217.20 | | 145,620.92 |
| | | Hartford, CT 06115 | | | | | |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 195.47 | 145,425.45 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 216.25 | 145,209.20 |
| 05/23/17 | 202 | Rosales Meat Distributors | Distribution from Proof of Claim | 1241-000 | 249.79 | | 145,458.99 |
| | | Debtor In Possession | arising for a preference. | | | | |
| | | 111 N. Maryland, Suite 300 | | | | | |
| | | Glendora, CA 92106 | | | | | |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 209.11 | 145,249.88 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 215.85 | 145,034.03 |

Page Subtotals            5,466.99            2,179.04

Ver: 20.00g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| Case No: | 2:13-16651  -RK | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******1393  Checking Account |
| Taxpayer ID No: | *******7913 | | |
| For Period Ending: | 03/31/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/17 | 198, 199 | Margarita Navarro<br>Hilario Navarro<br>5014 Palm Drive<br>La Canada, CA 91011 | Payment pursuant to compromise<br>Order approving compromise entered June 7, 2017. | 1241-000 | 410,000.00 | | 555,034.03 |
| 07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 208.87 | 554,825.16 |
| 08/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 785.56 | 554,039.60 |
| 09/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 824.37 | 553,215.23 |
| 12/22/17 | 040006 | JASON M. RUND<br>840 APOLLO STREET, SUITE 351<br>EL SEGUNDO, CA  90245 | Chapter 7 Compensation/Fees | 2100-000 | | 31,230.14 | 521,985.09 |
| 12/22/17 | 040007 | JASON M. RUND<br>840 APOLLO STREET, SUITE 351<br>EL SEGUNDO, CA  90245 | Chapter 7 Expenses | 2200-000 | | 107.50 | 521,877.59 |
| 12/22/17 | 040008 | United States Bankruptcy Court<br>255 East Temple Street, Room 940<br>Los Angeles, CA 90012 | Court Costs | 2700-000 | | 7,000.00 | 514,877.59 |
| 12/22/17 | 040009 | LEVINSON ARSHONSKY & KURTZ, LLP<br>Attention:  Steven N. Kurtz, Esq.<br>15303 Ventura Boulevard, Suite 1650<br>Sherman Oaks, CA 91403 | Attorney's Expenses | 3220-610 | | 20,031.43 | 494,846.16 |
| 12/22/17 | 040010 | HAHN FIFE & COMPANY LLP<br>Donald T. Fife, CPA<br>790 East Colorado Blvd., 9th Floor<br>Pasadena, CA 91101 | Accountant's Fees | 3410-000 | | 22,761.00 | 472,085.16 |
| 12/22/17 | 040011 | HAHN FIFE & COMPANY LLP<br>Donald T. Fife, CPA<br>790 East Colorado Blvd., 9th Floor<br>Pasadena, CA 91101 | Accountant's Expenses | 3420-000 | | 442.00 | 471,643.16 |
| 12/22/17 | 040012 | LEVINSON ARSHONSKY & KURTZ, LLP<br>Attention:  Steven N. Kurtz, Esq. | Attorney's Fees | 3210-600 | | 367,450.84 | 104,192.32 |

| | | | Page Subtotals | | 410,000.00 | 450,841.71 | |

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 97)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    8

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 2:13-16651 -RK | | | Trustee Name: | JASON M. RUND, TRUSTEE | |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | | | Bank Name: | UNION BANK | |
| | | | | Account Number / CD #: | *******1393  Checking Account | |
| Taxpayer ID No: | *******7913 | | | | | |
| For Period Ending: | 03/31/18 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 15303 Ventura Boulevard, Suite 1650 Sherman Oaks, CA 91403 | | | | |
| 12/22/17 | 040013 | FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812-2952 | Claim 000028A, Payment 100.00000% (28-1) 2635 | 2820-000 | | 4,192.32 | 100,000.00 |
| 12/22/17 | 040014 | EMPLOYMENT DEVELOPMENT DEPARTMENT BANKRUPTCY GROUP MIC 92E PO BOX 826880 SACRAMENTO, CA 95814 | Claim 000023, Payment 100.00000% (23-1) CLAIM FILED (23-1) REMARKS ADDED | 5800-000 | | 21,317.76 | 78,682.24 |
| 12/22/17 | 040015 | STATE BOARD OF EQUALIZATION SPECIAL OPERATIONS BRANCH, MIC:55 PO BOX 942879 SACRAMENTO CA 94279-0055 | Claim 000024A, Payment 100.00000% | 5800-000 | | 1,346.57 | 77,335.67 |
| 12/22/17 | 040016 | UNIFIED SEAFOOD COMPANY 556 TOWNE AVE LOS ANGELES, CA 90013 | Claim 000001, Payment 8.37762% | 7100-000 | | 862.99 | 76,472.68 |
| * 12/22/17 | 040017 | MEATCO PROVISIONS 2652 LONG BEACH AVE LOS ANGELES, CA 90058 | Claim 000002, Payment 8.37757% | 7100-004 | | 26,338.48 | 50,134.20 |
| 12/22/17 | 040018 | DELTA REFRIGERATION CORP 3679 SAN GABRIEL RIVER PRKWY PICO RIVERA CA 90660 | Claim 000003, Payment 8.37758% | 7100-000 | | 2,178.20 | 47,956.00 |
| 12/22/17 | 040019 | AQUAMAR 10888 7TH ST RANCHO CUCAMONGA, CA 91730 | Claim 000004, Payment 8.37748% | 7100-000 | | 389.05 | 47,566.95 |
| 12/22/17 | 040020 | LAW OFFICES OF ALEX P. AGHAJAN 225 S LAKE AVE PASADENA, CA 91101 | Claim 000005, Payment 8.37756% | 7100-000 | | 1,879.80 | 45,687.15 |
| 12/22/17 | 040021 | RYDER TRUCK RENTAL INC | Claim 000007, Payment 8.37761% | 7100-000 | | 1,019.49 | 44,667.66 |

Page Subtotals    0.00    59,524.66

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 98)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  9

**Exhibit 9**

| Case No: | 2:13-16651  -RK | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******1393  Checking Account |

| Taxpayer ID No: | *******7913 |
|---|---|
| For Period Ending: | 03/31/18 |

| Blanket Bond (per case limit): | $  5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ATTN: JENNIFER MORRIES 6000 WINDWARD PARKWAY ALPHARETTA GA 30005 | | | | | |
| 12/22/17 | 040022 | EG MEAT & PROVISIONS 1248 RIDLEY AVE HACIENDA HEIGHTS, CA 91745 | Claim 000008, Payment 8.37757% (8-1) SEE ATTACHMENTS TO CLAIM FOR THE AMOUNT OF CLAIM | 7100-000 | | 9,551.80 | 35,115.86 |
| 12/22/17 | 040023 | SEAQUEST SEAFOOD CORP 530 S SIXTH AVE CITY OF INDUSTRY, CA 91746 | Claim 000009, Payment 8.37757% | 7100-000 | | 3,022.99 | 32,092.87 |
| 12/22/17 | 040024 | RYDER TRUCK RENTAL INC ATTN: JENNIFER MORRIES 6000 WINDWARD PARKWAY ALPHARETTA GA 30005 | Claim 000010, Payment 8.37718% | 7100-000 | | 47.92 | 32,044.95 |
| 12/22/17 | 040025 | BARRY GROUP INC 415 GRIFFIN DRIVE CORNER BROOK, NL A2H 3E9 CANADA | Claim 000011, Payment 8.37750% | 7100-000 | | 543.49 | 31,501.46 |
| 12/22/17 | 040026 | KING MEAT 4215 EXCHANGE AVE VERNON, CA 90058 | Claim 000012, Payment 8.37758% | 7100-000 | | 3,541.44 | 27,960.02 |
| 12/22/17 | 040027 | PENSKE TRUCK LEASING CO, L.P. PO BOX 563 READING PA 19603-0563 | Claim 000014, Payment 8.37758% (14-1) PROOF OF CLAIM (14-1) STATEMENT, VLSA AND SUPPORTING DOCUMENTS | 7100-000 | | 4,004.78 | 23,955.24 |
| 12/22/17 | 040028 | CENSEA, INC. MICHAEL R. GOLDFEIN C/O BERLIN & BRAUDE 650 DUNDEE ROAD, SUITE 456 NORTHBROOK IL 60062 | Claim 000015, Payment 8.37748% | 7100-000 | | 407.02 | 23,548.22 |

| | | | | Page Subtotals | 0.00 | 21,119.44 | |

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 99)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 2:13-16651  -RK | | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******1393  Checking Account |
| Taxpayer ID No: | *******7913 | | | |
| For Period Ending: | 03/31/18 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 12/22/17 | 040029 | JBS USA, LLC<br>LUANN BERNARD<br>1770 PROMONTORY CIRCLE<br>GREELEY CO 80634 | Claim 000016, Payment 8.37756% | 7100-000 | | 4,179.80 | 19,368.42 |
| | 12/22/17 | 040030 | WESTERN BROKERS, INC.<br>SIMON & SIMON LLP<br>9850 RESEARCH DRIVE<br>IRVINE CA 92618 | Claim 000017, Payment 8.37758% | 7100-000 | | 4,901.12 | 14,467.30 |
| | 12/22/17 | 040031 | HARVEST MEAT COMPANY, INC.<br>1022 BAY MARINA DRIVE #106<br>NATIONAL CITY, CA 91950 | Claim 000018, Payment 8.37758%<br>(18-1) GOODS SOLD | 7100-000 | | 9,613.04 | 4,854.26 |
| | 12/22/17 | 040032 | MEG LLC<br>PO BOX 583<br>LOS ANGELES CA 90272 | Claim 000021, Payment 8.37758% | 7100-000 | | 2,369.57 | 2,484.69 |
| | 12/22/17 | 040033 | STATE BOARD OF EQUALIZATION<br>SPECIAL OPERATIONS BRANCH, MIC:55<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055 | Claim 000024B, Payment 8.37861% | 7100-000 | | 13.88 | 2,470.81 |
| | 12/22/17 | 040034 | TAPIA ENTERPRISES INC<br>C/O LAW OFFICE OF GARY S SHERMAN<br>21112 VENTURA BLVD<br>WOODLAND HILLS CA 91364-2103 | Claim 000025, Payment 8.37758% | 7100-000 | | 879.08 | 1,591.73 |
| | 12/22/17 | 040035 | EMA FOODS CO., INC.<br>4110 WESTSIDE DRIVE, SUITE C<br>TUPELO, MS 38801 | Claim 000026, Payment 8.37753% | 7100-000 | | 1,591.73 | 0.00 |
| * | 02/27/18 | 040017 | MEATCO PROVISIONS<br>2652 LONG BEACH AVE<br>LOS ANGELES, CA 90058 | Stop Payment Reversal<br>SA | 7100-004 | | -26,338.48 | 26,338.48 |
| | 03/02/18 | 040036 | United States Bankruptcy Court<br>255 East Temple Street, Room 940 | Claim 000002, Payment 8.37757%<br>Trustee cannot locate creditor.  Unclaimed funds | 7100-001 | | 26,338.48 | 0.00 |

| | | | Page Subtotals | 0.00 | 23,548.22 |
|---|---|---|---|---|---|

Ver: 20.00g

**UST Form 101-7-TDR (10/1/2010)** *(Page: 100)*

FORM 2

Page: 11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 2:13-16651 -RK | Trustee Name: | JASON M. RUND, TRUSTEE |
| Case Name: | BONANZA FOODS AND PROVISIONS, INC. | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******1393  Checking Account |
| Taxpayer ID No: | *******7913 | | |
| For Period Ending: | 03/31/18 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Los Angeles, CA 90012 | remitted to the Clerk of Court pursuant to 11 U.S.C. § 347 (a) and Federal Rules of Bankruptcy Procedure rule 3011. | | | | |

|  |  | COLUMN TOTALS | 559,602.72 | 559,602.72 | 0.00 |
|  |  | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 559,602.72 | 559,602.72 | |
|  |  | Less:  Payments to Debtors | | 0.00 | |
|  |  | Net | 559,602.72 | 559,602.72 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********1393 | 559,602.72 | 559,602.72 | 0.00 |
| ------------------------ | ------------------------ | ------------------------ |
| | 559,602.72 | 559,602.72 | 0.00 |
| ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 20.00g

**UST Form 101-7-TDR (10/1/2010)** *(Page: 101)*